| Fill in this information to identify your case: |
| --- |

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number *(if known)* _____     Chapter     **7**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| 1. | Debtor's name | **Digital Market Media, Inc.** |
| --- | --- | --- |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | **FKA  Digital Market Media, LLC** |
| 3. | Debtor's federal Employer Identification Number (EIN) | **82-2936708** |

| 4. | Debtor's address | Principal place of business | Mailing address, if different from principal place of business |
| --- | --- | --- | --- |
| | | **872 Higuera Street**<br>**San Luis Obispo, CA 93401**<br>Number, Street, City, State & ZIP Code | **P.O. Box 1216**<br>**Arroyo Grande, CA 93421**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| | | **San Luis Obispo**<br>County | Location of principal assets, if different from principal place of business |
| | | | Number, Street, City, State & ZIP Code |

| 5. | Debtor's website (URL) | **www.digitalmarketmedia.com** |
| --- | --- | --- |

| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| --- | --- | --- |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

Debtor    **Digital Market Media, Inc.**
Name
_____    Case number (*if known*) _____

**7.  Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.
_5416_

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____    When _____    Case number _____
District _____    When _____    Case number _____

| Debtor | **Digital Market Media, Inc.** | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

| List all cases. If more than 1, attach a separate list | Debtor | **Thomas and Dawn Carolan** | Relationship | **Shareholders** |
|---|---|---|---|---|
| | District | **Central District of California** | When | Case number, if known |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.

Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.    Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds** .

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ■ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **Digital Market Media, Inc.** | Case number (*if known*) |
|---|---|---|
| | Name | |

**16.  Estimated liabilities**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million

- ■ $1,000,001 - $10 million
- ☐ $10,000,001 - $50  million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor    **Digital Market Media, Inc.**
    Name

---

### Request for Relief, Declaration, and Signatures

**WARNING** – Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  05 / 24 / 2024
    MM / DD / YYYY

X _____        **Dawn Carolan**
Signature of authorized representative of debtor    Printed name

Title    **Chief Financial Officer**

**18. Signature of attorney**

X _____        Date  5-24-24
Signature of attorney for debtor              MM / DD / YYYY

**Edwin J. Rambuski**
Printed name

**Law Offices of Edwin J. Rambuski**
Firm name

**1401 Higuera Street**
**San Luis Obispo, CA 93401-2915**
Number, Street, City, State & ZIP Code

Contact phone   **(805) 546-8284**    Email address   **edwin@rambuskilaw.com**

**109602 CA**
Bar number and State

**United States Bankruptcy Court**
**Central District of California**

In re **Digital Market Media, Inc.**

Debtor(s)

Case No.

Chapter **7**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Dawn Carolan**, declare under penalty of perjury that I am the **Chief Financial Officer** of **Digital Market Media, Inc.**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the **9th** day of **April**, 20**24**.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 7 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Dawn Carolan, Chief Financial Officer** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **7** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Dawn Carolan, Chief Financial Officer** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Dawn Carolan, Chief Financial Officer** of this Corporation is authorized and directed to employ **Edwin J. Rambuski**, attorney and the law firm of **Law Offices of Edwin J. Rambuski** to represent the corporation in such bankruptcy case."

Date 5/24/24

Signed

**Dawn Carolan**

| Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Edwin J. Rambuski**<br>**1401 Higuera Street**<br>**San Luis Obispo, CA 93401-2915**<br>**(805) 546-8284 Fax: (805) 546-8489**<br>California State Bar Number: **109602 CA**<br>**edwin@rambuskilaw.com** | |
| ☑ *Attorney for: Debtors* | |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

| In re: | CASE NO.: |
|---|---|
| **Digital Market Media, Inc.** | ADVERSARY NO.: |
| Debtor(s), | CHAPTER: **7** |
| Plaintiff(s), | **CORPORATE OWNERSHIP STATEMENT PURSUANT TO FRBP 1007(a)(1) and 7007.1, and LBR 1007-4** |
| Defendant(s). | [No hearing] |

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I, __Dawn Carolan_____ , the undersigned in the above-captioned case, hereby declare

        *(Print Name of Attorney or Declarant)*

under penalty of perjury under the laws of the United States of America that the following is true and correct:

_____

December 2012                                                                 **F 1007-4.CORP.OWNERSHIP.STMT**

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.     I have personal knowledge of the matters set forth in this Statement because:

       ☑ I am the president or other officer or an authorized agent of the Debtor corporation

       ☐ I am a party to an adversary proceeding

       ☐ I am a party to a contested matter

       ☐ I am the attorney for the Debtor corporation

2.a.    ☐ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

       *[For additional names, attach an addendum to this form.]*

   b.    ☑ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

5/24/24

Date

By: _____

Signature of Debtor, or attorney for Debtor

Name:     **Dawn Carolan**

          Printed name of Debtor, or attorney for Debtor

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012

**F 1007-4.CORP.OWNERSHIP.STMT**

## STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**In re Thomas and Dawn Carolan, Debtors**
**Chapter 7**
**Filed May 2024, pending**
**Central District of California**
**Real estate listed on Schedule A: 604 Hillside Court, Arroyo Grande, CA 93420**

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at **San Luis Obispo**, California.

Date: 5/24/24

**Dawn Carolan**
Signature of Debtor 1

Signature of Debtor 2

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

October 2018          Page 1          **F 1015-2.1.STMT.RELATED.CASES**

**Fill in this information to identify the case:**

Debtor name    **Digital Market Media, Inc.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals            12/15

| Part 1: | Summary of Assets |
|---|---|

1.    ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................    $ _____ 0.00

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*.............................................................................    $ _____ 237.66

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*...............................................................................    $ _____ 237.66

| Part 2: | Summary of Liabilities |
|---|---|

2.    ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $ _____ 0.00

3.    ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................    $ _____ 103,800.24

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................    +$ _____ 2,796,648.02

4.    Total liabilities ........................................................................................
    Lines 2 + 3a + 3b    $ 2,900,448.26

**Fill in this information to identify the case:**

Debtor name    **Digital Market Media, Inc.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 3. | **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | |
| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number |
| | **Wells Fargo Bank** | | | |
| 3.1. | **\*Note: This account has a negative balance of $5,590.29** | **Checking** | 2027 | $0.00 |
| 3.2. | **Wells Fargo Bank** | **Savings** | 3087 | $2.15 |
| 3.3. | **Pacific Western Bank** | **Checking** | 9724 | $90.51 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**
      Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.    $92.66

**Part 2:**    **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

**Part 3:**    **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

Debtor    **Digital Market Media, Inc.**                                    Case number *(If known)* _____
          Name

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

       11a. 90 days old or less:              **3,329.75**    -              **3,329.75**    = ....              **$0.00**
                                          face amount                doubtful or uncollectible accounts

12.    **Total of Part 3.**                                                                        **$0.00**
       Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture**<br>**Desk and chair** | **$0.00** | **Liquidation** | **$20.00** |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software**<br>**Laptop and desktop computer** | **$0.00** | **Liquidation** | **$125.00** |

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
       books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
       collections; other collections, memorabilia, or collectibles

| Debtor | **Digital Market Media, Inc.** | Case number *(If known)* |
|---|---|---|
| | Name | |

**43.**  **Total of Part 7.**                                                                                                    **$145.00**
Add lines 39 through 42.  Copy the total to line 86.

**44.**  **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

**45.**  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.**  **Patents, copyrights, trademarks, and trade secrets** | | | |
| **61.**  **Internet domain names and websites** www.digitalmarketmedia.com | $0.00 | N/A | $0.00 |

**62.**  **Licenses, franchises, and royalties**

**63.**  **Customer lists, mailing lists, or other compilations**

**64.**  **Other intangibles, or intellectual property**

**65.**  **Goodwill**

**66.**  **Total of Part 10.**                                                                                                    **$0.00**
Add lines 60 through 65. Copy the total to line 89.

**67.**  **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
■ No
☐ Yes

**68.**  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

**69.**  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

Debtor    **Digital Market Media, Inc.**
       Name

Case number *(If known)*

■ No
☐ Yes

| Part 11: | All other assets |
| --- | --- |

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
☐ Yes Fill in the information below.

Debtor    **Digital Market Media, Inc.** _____    Case number *(If known)* _____
         Name

| Part 12: | Summary |
| --- | --- |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $92.66 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $145.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*............................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $237.66 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $237.66 |

**Fill in this information to identify the case:**

Debtor name    **Digital Market Media, Inc.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    **12/15**

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☒ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Fill in this information to identify the case:**

Debtor name **Digital Market Media, Inc.**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**Alabama Department of Labor**<br>**50 North Ripley Street**<br>**Montgomery, AL 36132** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $225.26 | $225.26 |
| | Date or dates debt was incurred<br>**2024** | Basis for the claim:<br>**Payroll tax** | | |
| | Last 4 digits of account number **2223**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| **2.2** | Priority creditor's name and mailing address<br>**Alicia Becker**<br>**7281 Blackstone Drive**<br>**Florence, KY 41042** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $4,623.54 | $4,623.54 |
| | Date or dates debt was incurred<br>**2024** | Basis for the claim:<br>**Employee wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Digital Market Media, Inc.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,472.64 | $1,472.64 |
|---|---|---|---|---|

**Alyse O. Locklear**
**1055 Flats Ave**
**#206**
**Mebane, NC 27302**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2024**

Basis for the claim:
**Employee wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,345.46 | $2,345.46 |
|---|---|---|---|---|

**Angela L. Trout**
**3413 Cottage St**
**Brownwood, TX 76801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2024**

Basis for the claim:
**Employee wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $21.42 | $21.42 |
|---|---|---|---|---|

**Arizona Department of Revenue**
**P.O. Box 29009**
**Phoenix, AZ 85038**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2024**

Basis for the claim:
**Payroll tax**

Last 4 digits of account number **6708**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,068.17 | $3,068.17 |
|---|---|---|---|---|

**Brande L. Bell**
**383 Chadwick Commons**
**Stockbridge, GA 30281**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2024**

Basis for the claim:
**Employee wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Digital Market Media, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,563.14 | $1,563.14 |
|---|---|---|---|---|

**Brittany N. Stetson**
**PO Box 280**
**White Oak, NC 28399**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2024** | **Employee wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,498.14 | $1,498.14 |
|---|---|---|---|---|

**Catherin A. Myers**
**157 Big Pine Dr**
**Valley Grande, AL 36701**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2024** | **Employee wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,184.80 | $1,184.80 |
|---|---|---|---|---|

**Cathie O. Snider**
**8713 North Kensington Rd**
**Oklahoma City, OK 73132**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2024** | **Employee wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,507.26 | $2,507.26 |
|---|---|---|---|---|

**Chiquita M. Jolliff**
**943 May Street, 2nd Floor**
**Hammond, IN 46320**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2024** | **Employee wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| Debtor | **Digital Market Media, Inc.** | | Case number (if known) | | |
|---|---|---|---|---|---|
| | Name | | | | |

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,739.18 | $2,739.18 |
|---|---|---|---|---|

**Christie A. Mays**
**3 Dot Dr**
**Fayetteville, TN 37334**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2024** | **Employee wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

☑ No
☐ Yes

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,536.32 | $1,536.32 |
|---|---|---|---|---|

**Christopher H. Baker**
**5400 Rock Chalk**
**#20-308**
**Lawrence, KS 66049**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2024** | **Employee wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

☑ No
☐ Yes

---

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,826.29 | $4,826.29 |
|---|---|---|---|---|

**Christopher Newsome**
**11726 Rolling Stream Dr**
**Tomball, TX 77375**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2024** | **Employee wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

☑ No
☐ Yes

---

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,595.35 | $1,595.35 |
|---|---|---|---|---|

**Clarisse Sniezek**
**606 Tanana Fall Drive**
**Ruskin, FL 33570**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2024** | **Employee wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

☑ No
☐ Yes

| Debtor | **Digital Market Media, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $44.74 | $44.74 |
|---|---|---|---|---|

**Commonwealth of Kentucky**
**Office of Unemployment Insurance**
**P.O. Box 948**
**Frankfort, KY 40602-0948**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2024**

Basis for the claim:
**Payroll tax**

Last 4 digits of account number **5787**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,690.70 | $1,690.70 |
|---|---|---|---|---|

**Cortez D. Allen**
**7313 Covert Ave**
**Cleveland, OH 44105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2024**

Basis for the claim:
**Employee Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,725.41 | $5,725.41 |
|---|---|---|---|---|

**Diego Chalarca**
**677 Trace Circle #201**
**Deerfield Beach, FL 33441**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2024**

Basis for the claim:
**Employee wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,724.36 | $1,724.36 |
|---|---|---|---|---|

**Ethel Loycelle Baxter**
**1916 Hewett Lane**
**Maitland, FL 32751**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2024**

Basis for the claim:
**Employee wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Digital Market Media, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 2.19 | Priority creditor's name and mailing address<br>**Faisal Zeid**<br>**7930 Tireswing Rd**<br>**Dunn Loring, VA 22027** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,631.55** | **$2,631.55** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**2024** | Basis for the claim:<br>**Employee wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.20 | Priority creditor's name and mailing address<br>**Franchise Tax Board**<br>**Bankruptcy Section, MS: A-340**<br>**P.O. Box 2952**<br>**Sacramento, CA 95812-2952** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$800.00** | **$800.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**2024** | Basis for the claim:<br>**Form 100-ES** | | |
| | Last 4 digits of account number **8780**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.21 | Priority creditor's name and mailing address<br>**Gabriel A. Sandoval**<br>**12140 N Kylene Canyon Dr**<br>**Oro Valley, AZ 85755** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,427.71** | **$1,427.71** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**2024** | Basis for the claim:<br>**Employee wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.22 | Priority creditor's name and mailing address<br>**Glenda S. Gustin**<br>**13506 E. 4th Place**<br>**Tulsa, OK 74108-1104** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,482.98** | **$2,482.98** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**2024** | Basis for the claim:<br>**Employee wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Digital Market Media, Inc.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

| 2.23 | Priority creditor's name and mailing address **Guadalupe P. Conolly** **2008 1/2 Stratford Ave** **Neptune, NJ 07753** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $2,925.56 | $2,925.56 |
| | Date or dates debt was incurred **2024** | Basis for the claim: **Employee wages** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | | |

---

| 2.24 | Priority creditor's name and mailing address **Jana H. Norrell** **1045 Landsdowne Manor Ln E** **Apt. 248** **Memphis, TN 38117** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $1,757.34 | $1,757.34 |
| | Date or dates debt was incurred **2024** | Basis for the claim: **Employee wages** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | | |

---

| 2.25 | Priority creditor's name and mailing address **Jennifer Geston-Selbach** **1423 Wisconsin Ave** **Palm Harbor, FL 34683** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $2,629.68 | $2,629.68 |
| | Date or dates debt was incurred **2024** | Basis for the claim: **Employee wages** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | | |

---

| 2.26 | Priority creditor's name and mailing address **Jennifer N. Gibbs** **102 N Seaview Road** **Wilmington, NC 28409** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $1,959.62 | $1,959.62 |
| | Date or dates debt was incurred **2024** | Basis for the claim: **Employee wages** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | | |

---

| Debtor | **Digital Market Media, Inc.** | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | Name | | | | |

| 2.27 | Priority creditor's name and mailing address<br>**Jessica N. Feltner**<br>**1120 S. Timber Creek Dr.**<br>**Milford, OH 45150** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,561.40** | **$1,561.40** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**2024** | Basis for the claim:<br>**Employee wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.28 | Priority creditor's name and mailing address<br>**Juan Ramos**<br>**3014 Fairfield Dr**<br>**Brownsville, TX 78526** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$3,024.61** | **$3,024.61** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**2024** | Basis for the claim:<br>**Employee wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.29 | Priority creditor's name and mailing address<br>**Judith Philbrook**<br>**1903 Willowbend Dr**<br>**Killeen, TX 76543** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,536.35** | **$2,536.35** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**2024** | Basis for the claim:<br>**Employee wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.30 | Priority creditor's name and mailing address<br>**Kautiana M. Ford**<br>**3144 Artemisia Lane**<br>**Wesley Chapel, FL 33543** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,635.05** | **$1,635.05** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**2024** | Basis for the claim:<br>**Employee wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Digital Market Media, Inc.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 2.31 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,560.65 | $3,560.65 |
|---|---|---|---|---|

**Keith W. Moore**
**602 Buckner St**
**Elsmere, KY 41018**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2024**

Basis for the claim:
**Employee wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.32 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $986.34 | $986.34 |
|---|---|---|---|---|

**Kenneth A. Casson**
**101 East 43rd Street 2**
**Taylor Mill, KY 41015**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2024**

Basis for the claim:
**Employee wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.33 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,755.84 | $1,755.84 |
|---|---|---|---|---|

**Lisa M. Knapp**
**8400 Northwest 25 Street**
**#100**
**Doral, FL 33198**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2024**

Basis for the claim:
**Employee wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.34 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $70.60 | $70.60 |
|---|---|---|---|---|

**Louisiana Department of Revenue**
**P.O. Box 201**
**Baton Rouge, LA 70821-0201**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2024**

Basis for the claim:
**Payroll tax**

Last 4 digits of account number **0001**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

| Debtor | **Digital Market Media, Inc.** | | Case number (*if known*) | | |
| | Name | | | | |

---

| 2.35 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,229.46 | $2,229.46 |
| | **Macy D. Lee** | *Check all that apply.* | | |
| | **2305 San Pedro Dr** | ☐ Contingent | | |
| | **College Station, TX 77845** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2024** | **Employee wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY | ■ No | | |
| | unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes | | |

---

| 2.36 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $16.20 | $16.20 |
| | **Madison P. Jones** | *Check all that apply.* | | |
| | **2109 West Ln** | ☐ Contingent | | |
| | **Jacksonville, AR 72076** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2024** | **Employee wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY | ■ No | | |
| | unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes | | |

---

| 2.37 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $20.74 | $20.74 |
| | **Missouri Department of Labor and** | *Check all that apply.* | | |
| | **Industrial Relations** | ☐ Contingent | | |
| | **P.O. Box 59** | ☐ Unliquidated | | |
| | **Jefferson City, MO 65104-0059** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2024** | **Payroll tax** | | |
| | Last 4 digits of account number **3000** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY | ■ No | | |
| | unsecured claim: 11 U.S.C. § 507(a) (8) | ☐ Yes | | |

---

| 2.38 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,114.68 | $1,114.68 |
| | **Natasha N. Morris** | *Check all that apply.* | | |
| | **1003 Cobb Road** | ☐ Contingent | | |
| | **Statesboro, GA 30461** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2024** | **Employee wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY | ■ No | | |
| | unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes | | |

---

| Debtor | **Digital Market Media, Inc.** | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

---

**2.39** | Priority creditor's name and mailing address
**North Carolina Department Commerce**
**Employment Security Division**
**P.O. Box 26504**
**Raleigh, NC 27611-6504**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$57.53    $57.53

Date or dates debt was incurred
**2024**

Basis for the claim:
**Payroll tax**

Last 4 digits of account number **5461**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.40** | Priority creditor's name and mailing address
**Ohio Department of Job-Family Serv.**
**Office of Unemployment Insurance Op**
**P.O. Box 182404**
**Columbus, OH 43218-2404**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$373.80    $373.80

Date or dates debt was incurred
**2024**

Basis for the claim:
**Payroll tax**

Last 4 digits of account number **4003**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.41** | Priority creditor's name and mailing address
**Rachel S. Trout**
**11726 Rolling Stream Dr**
**Tomball, TX 77375**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,982.24    $2,982.24

Date or dates debt was incurred
**2024**

Basis for the claim:
**Employee wages**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.42** | Priority creditor's name and mailing address
**Ranjit K. Pandey**
**1202 Parkway Dr**
**#1202**
**Greenville, OH 45331**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,868.45    $1,868.45

Date or dates debt was incurred
**2024**

Basis for the claim:
**Employee wages**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **Digital Market Media, Inc.** | Case number *(if known)* |
| --- | --- | --- |
| | Name | |

---

| 2.43 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,336.97 | $3,336.97 |
| --- | --- | --- | --- | --- |
| | **Raquel Otero Morales**<br>**135 Honey Dr**<br>**Brownsville, TX 78520** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2024** | Basis for the claim:<br>**Employee wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.44 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,874.70 | $1,874.70 |
| --- | --- | --- | --- | --- |
| | **Regina L. Rodriguez**<br>**707 Racquet Ct**<br>**Harker Heights, TX 76548** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2024** | Basis for the claim:<br>**Employee wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.45 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,582.30 | $1,582.30 |
| --- | --- | --- | --- | --- |
| | **Reynold P. Marshall**<br>**7917 Spring Run Dr**<br>**Magnolia, TX 77354** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2024** | Basis for the claim:<br>**Employee wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.46 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,907.38 | $1,907.38 |
| --- | --- | --- | --- | --- |
| | **Robert E. Barnett**<br>**8921 Bradwell Place**<br>**#208**<br>**Fishers, IN 46037** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2024** | Basis for the claim:<br>**Employee wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| Debtor | **Digital Market Media, Inc.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 2.47 | Priority creditor's name and mailing address<br>**Shanita B. Reed**<br>**18965 S Mobile St**<br>**Citronelle, AL 36522** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,251.62** | **$1,251.62** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**2024** | Basis for the claim:<br>**Employee wages** | | |
| | Last 4 digits of account number<br><br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.48 | Priority creditor's name and mailing address<br>**Sharee Gavin**<br>**6109 W Fordham Place**<br>**Cincinnati, OH 45213** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,795.70** | **$2,795.70** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**2024** | Basis for the claim:<br>**Employee wages** | | |
| | Last 4 digits of account number<br><br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.49 | Priority creditor's name and mailing address<br>**Sharon V. Lezama**<br>**1744 Wesminster Circle**<br>**Griffin, GA 30223** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,933.85** | **$1,933.85** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**2024** | Basis for the claim:<br>**Employee wages** | | |
| | Last 4 digits of account number<br><br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.50 | Priority creditor's name and mailing address<br>**Shawta Barnes**<br>**711 W Sanford St, Unit B**<br>**Arlington, TX 76012** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,297.26** | **$1,297.26** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**2024** | Basis for the claim:<br>**Employee wages** | | |
| | Last 4 digits of account number<br><br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Digital Market Media, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

| 2.51 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $821.40 | $821.40 |
|---|---|---|---|---|

**Stacy L. Green**
**805 Summit Park Trail #1**
**McDonough, GA 30253**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2024** | **Employee wages** |

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.52 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $261.12 | $261.12 |
|---|---|---|---|---|

**Stephen Evans**
**1288 Bluets Rd**
**Newport, TN 37821**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2024** | **Employee wages** |

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.53 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $47.26 | $47.26 |
|---|---|---|---|---|

**Tennessee Dept. of**
**Labor-Workforce**
**Employment Security Division**
**220 French Landing Drive**
**Nashville, TN 37243**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2024** | **Payroll tax** |

Last 4 digits of account number **9873**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.54 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,178.45 | $1,178.45 |
|---|---|---|---|---|

**Tina L. Harvey**
**6617 NE 49th Terrace**
**Kansas City, MO 64119**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2024** | **Employee wages** |

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **Digital Market Media, Inc.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 2.55 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,524.62 | $2,524.62 |
|---|---|---|---|---|

**Vanessa L. Vaughn**
**12073 Roddy Rd**
**#15**
**Gonzales, LA 70737**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2024** | **Employee wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.56 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,425.90 | $2,425.90 |
|---|---|---|---|---|

**Virginia L. Smith**
**19805 Green Forrest Dr.**
**Pass Christian, MS 39571**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2024** | **Employee wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.57 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,761.15 | $1,761.15 |
|---|---|---|---|---|

**Yanecy Perdomo**
**5819 Palmetto Way**
**San Antonio, TX 78253**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2024** | **Employee wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**Part 2:**    **List All Creditors with NONPRIORITY Unsecured Claims**

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | **Amount of claim** |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $45.00 |
|---|---|---|---|

**Aaron Karn**
**208 Oak St.**
**Bakersfield, CA 93304**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** **2023**

**Last 4 digits of account number** _

**Basis for the claim:** **Corporate debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $135.00 |
|---|---|---|---|

**AcquireCrowd**
**4533 MacArthur Blvd., Ste A5314**
**Newport Beach, CA 92660**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** **2023**

**Last 4 digits of account number** _

**Basis for the claim:** **Corporate debt**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Digital Market Media, Inc.** | | Case number *(if known)* | |
| | Name | | | |

---

**3.3** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,260.00**

**Adam Lubenow**
**21114 N 37th Run**
**Phoenix, AZ 85050**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

**Basis for the claim:  Corporate debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.4** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$24,320.00**

**Adjunct Media**
**22 Brookside Terrance**
**Caldwell, NJ 07006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022-2023**

**Basis for the claim:  Corporate debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$13,666.67**

**AdMediary, LLC**
**23929 Valencia Blvd., Ste 404**
**Valencia, CA 91355**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

**Basis for the claim:  Corporate debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$18,690.00**

**Adsync Media LLC**
**1300 South Miami Avenue**
**Miami, FL 33130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023-2024**

**Basis for the claim:  Corporate debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12.00**

**Alpine Digital Group, Inc.**
**13856 W. 2nd Ave**
**Golden, CO 80401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

**Basis for the claim:  Corporate debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.8** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$148.00**

**American Assurance**
**4445 Corporation Ln., Ste 264**
**Virginia Beach, VA 23462**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

**Basis for the claim:  Corporate debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.9** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$882.00**

**AmeriGuide Financial**
**P.O. Box 1497**
**Topeka, KS 66601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020**

**Basis for the claim:  Corporate debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Digital Market Media, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,378.57 |
|---|---|---|---|

**Angela Byrne**
**Ballycullane Lane**
**Ballycullane New Ross Co Wexford**
**Ireland**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

**Basis for the claim:  Corporate debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $500.00 |
|---|---|---|---|

**Angela Gunness**
**3839 Megan Lane**
**Encinitas, CA 92024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:  Corporate debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $31,733.90 |
|---|---|---|---|

**Apollo Interactive, LLC**
**139 Illinois St**
**El Segundo, CA 90245**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023-2024**

**Basis for the claim:  Corporate debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $110.00 |
|---|---|---|---|

**Aqua Vida Media LLC**
**325 Sentry Pkwy**
**Bldg 5 W Ste 200**
**Blue Bell, PA 19422**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:  Corporate debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,513.00 |
|---|---|---|---|

**Aragon Advertising, LLC**
**66 Mineola Avenue, #1355**
**Roslyn Heights, NY 11577**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023-2024**

**Basis for the claim:  Corporate debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,560.00 |
|---|---|---|---|

**Assurance IQ**
**920 5th Avenue, Ste 3600**
**Seattle, WA 98104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023-2024**

**Basis for the claim:  Corporate debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,734.00 |
|---|---|---|---|

**B Two Direct, LLC**
**100 Sterling Pkwy, Ste 105**
**Mechanicsburg, PA 17050**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023-2024**

**Basis for the claim:  Corporate debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Digital Market Media, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

**3.17** | Nonpriority creditor's name and mailing address

**Betterlife Insurance**
**6522 Grand Teton Plaza**
**Madison, WI 53719**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Corporate debt**

Is the claim subject to offset? ☐ No ☐ Yes

**$1,080.00**

---

**3.18** | Nonpriority creditor's name and mailing address

**Big Brook Media, LLC**
**Little Brook Media**
**20 S. Main Street, Suite 206**
**New City, NY 10956**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Corporate debt**

Is the claim subject to offset? ■ No ☐ Yes

**$1,200.00**

---

**3.19** | Nonpriority creditor's name and mailing address

**Birdeye Inc.**
**2479 E. Bayshore Rd, Suite #188**
**Palo Alto, CA 94303**

Date(s) debt was incurred  **2023-2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Corporate debt**

Is the claim subject to offset? ■ No ☐ Yes

**$8,559.00**

---

**3.20** | Nonpriority creditor's name and mailing address

**Blue Wing Ads, LLC**
**Jeffrey Alan Libby**
**2637 E Atlantic Blvd, Suite #12566**
**Pompano Beach, FL 33062**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Corporate debt**

Is the claim subject to offset? ■ No ☐ Yes

**$13,666.75**

---

**3.21** | Nonpriority creditor's name and mailing address

**Bluevine Inc.**
**401 Warren Street, Suite 300**
**Redwood City, CA 94063**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Corporate debt**

Is the claim subject to offset? ■ No ☐ Yes

**$193,841.57**

---

**3.22** | Nonpriority creditor's name and mailing address

**Bullet EV Charging Solutions, LLC**
**111 Congress Ave, Suite 500**
**Austin, TX 78701**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Corporate debt**

Is the claim subject to offset? ■ No ☐ Yes

**$4,971.19**

---

**3.23** | Nonpriority creditor's name and mailing address

**Business Legal Partners**
**Attorneys at Law**
**35 N. Lake, Suite 710**
**Pasadena, CA 91101**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Corporate debt**

Is the claim subject to offset? ■ No ☐ Yes

**$2,293.86**

---

| Debtor | **Digital Market Media, Inc.** | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.24** | Nonpriority creditor's name and mailing address
**Clickdee, LLC**
**30 N. Gould Street, STE R**
**Sheridan, WY 82801**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Corporate debt**

Is the claim subject to offset? ■ No ☐ Yes

$1,980.00

---

**3.25** | Nonpriority creditor's name and mailing address
**CO2 Ventures LLC**
**OnCore Leads**
**9580 Oak Avenue Parkway, Suite 7**
**Folsom, CA 95630**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Corporate debt**

Is the claim subject to offset? ■ No ☐ Yes

$9,272.00

---

**3.26** | Nonpriority creditor's name and mailing address
**Complete Sales LLC**
**1021 Lake Hollow Dr.**
**Little Elm, TX 75068**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Corporate debt**

Is the claim subject to offset? ■ No ☐ Yes

$250.00

---

**3.27** | Nonpriority creditor's name and mailing address
**Convoso, Inc.**
**22837 Ventura Blvd., Ste. 300**
**Woodland Hills, CA 91364**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  **0209**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Corporate debt**

Is the claim subject to offset? ■ No ☐ Yes

$29,147.97

---

**3.28** | Nonpriority creditor's name and mailing address
**CTA Media**
**15567 74th Avenue**
**Palm Beach Gardens, FL 33418**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Corporate debt**

Is the claim subject to offset? ■ No ☐ Yes

$3,615.00

---

**3.29** | Nonpriority creditor's name and mailing address
**DDR Media, LLC**
**2213 Forest Hills Dr., Ste. 3**
**Harrisburg, PA 17112**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Corporate debt**

Is the claim subject to offset? ■ No ☐ Yes

$280.00

---

**3.30** | Nonpriority creditor's name and mailing address
**Diablo Media LLC**
**3001 Brighton Blvd, Suite 769**
**Denver, CO 80216**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Corporate debt**

Is the claim subject to offset? ■ No ☐ Yes

$1,666.76

---

| Debtor | **Digital Market Media, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $872.38 |
|---|---|---|---|

**Dianne Kristine Marmol**
**Block 2 Lot 30 Phase 1, Avida**
**Settings Cavite, Molino 4, Bacoor**
**Cavite, Philippines 4102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

**Basis for the claim:  Corporate debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7.00 |
|---|---|---|---|

**Digital Media Solutions dba**
**Forte Media Solutions, LLC**
**4800 140th Ave North, Suite 101**
**Clearwater, FL 33762**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:  Corporate debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,255.47 |
|---|---|---|---|

**Digital Viking Media, Inc.**
**13681 Newport Ave, Suite 8-226**
**Tustin, CA 92780**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023-2024**

**Basis for the claim:  Corporate debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,467.19 |
|---|---|---|---|

**Digitree Solutions LLC**
**133 Hillside Drive**
**Neptune, NJ 07753**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

**Basis for the claim:  Corporate debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $970.00 |
|---|---|---|---|

**Direct2Market Digital Media Solut.**
**70 Cooper Rd**
**Rochester, NY 14617**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:  Corporate debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,350.00 |
|---|---|---|---|

**DriveTake LLC**
**7000 West Palmetto Park Road**
**Ste. 210**
**Boca Raton, FL 33433**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

**Basis for the claim:  Corporate debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14,226.00 |
|---|---|---|---|

**eLocal USA LLC**
**1010 Spring Mill Ave., Ste. 200**
**Conshohocken, PA 19428**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:  Corporate debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Digital Market Media, Inc.** | Case number *(if known)* | |
| --- | --- | --- | --- |
| | Name | | |

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $900.00 |
| --- | --- | --- | --- |

**Employer Advocates Group**
**735 Tank Farm Road, Suite 130-B**
**San Luis Obispo, CA 93401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023-2024**

Basis for the claim: **Corporate debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $634.00 |
| --- | --- | --- | --- |

**Enginefish LLC**
**707 Continental Circle Unit #312**
**Mountain View, CA 94040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023-2024**

Basis for the claim: **Corporate debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $225.00 |
| --- | --- | --- | --- |

**Eternal Life Group, LLC**
**520 Plantation Creek Drive**
**Loganville, GA 30052**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

Basis for the claim: **Corporate debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,781.91 |
| --- | --- | --- | --- |

**Excel Impact, LLC**
**382 NE 191st Street, Ste 57537**
**Miami, FL 33179**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

Basis for the claim: **Corporate debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $26,316.00 |
| --- | --- | --- | --- |

**ExlService.com, LLC**
**24 Arnett Avenue, Suite 100**
**Lambertville, NJ 08530**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

Basis for the claim: **Corporate debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $420.00 |
| --- | --- | --- | --- |

**Family First Life**
**John Patrick Spera**
**475 FM 3427**
**Greenville, TX 75401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

Basis for the claim: **Corporate debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $90.00 |
| --- | --- | --- | --- |

**Family First Life**
**Thomas Barnes**
**5210 W Patrick Ln**
**Las Vegas, NV 89118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

Basis for the claim: **Corporate debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Digital Market Media, Inc.** | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | Name | | | | |

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,605.31 |
|---|---|---|---|

**First Insurance Funding**
450 Skokie Blvd, Ste 1000
Northbrook, IL 60062-7917

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Basis for the claim:  **Corporate debt**

Last 4 digits of account number  **3054**

Is the claim subject to offset? ■ No ☐ Yes

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $269,395.14 |
|---|---|---|---|

**Fora Financial Advance LLC**
1385 Broadway, 15th Floor
New York, NY 10018

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Basis for the claim:  **Corporate debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $576.00 |
|---|---|---|---|

**Forge47 LLC**
2833 Crockett Street, Unit #1047
Fort Worth, TX 76107

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Basis for the claim:  **Corporate debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $214,400.00 |
|---|---|---|---|

**Fresh Funding Solutions Inc.**
157 Church Street, 19th Floor
New Haven, CT 06510

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Basis for the claim:  **Corporate debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $877,928.67 |
|---|---|---|---|

**Fresno First Bank**
7690 N. Palm Ave., Ste. 101
Fresno, CA 93711

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Basis for the claim:  **Corporate debt**

Last 4 digits of account number  **9110**

Is the claim subject to offset? ■ No ☐ Yes

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $846.00 |
|---|---|---|---|

**Glass Roots Marketing**
400 Kelby Street, Ste 1200
Fort Lee, NJ 07024

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Basis for the claim:  **Corporate debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $315.00 |
|---|---|---|---|

**Glatzer & Associates**
10365 Cameilla St.
Pompano Beach, FL 33076

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Basis for the claim:  **Corporate debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Digital Market Media, Inc.** | Case number (*if known*) | |
| | Name | | |

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $502.22 |
| | **Google, Inc.** | ☐ Contingent | |
| | **Corporation Service Company** | ☐ Unliquidated | |
| | **2710 Gateway Oaks Drive, Suite 150N** | ☐ Disputed | |
| | **Sacramento, CA 95833** | | |
| | Date(s) debt was incurred  **2024** | Basis for the claim:  **Corporate debt** | |
| | Last 4 digits of account number  **9715** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $73.32 |
| | **Grasshopper** | ☐ Contingent | |
| | **333 Summer Street, 5th Floor** | ☐ Unliquidated | |
| | **Boston, MA 02210** | ☐ Disputed | |
| | Date(s) debt was incurred  **2024** | Basis for the claim:  **Corporate debt** | |
| | Last 4 digits of account number  **3586** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $165.00 |
| | **Grateful Addicts Recovery** | ☐ Contingent | |
| | **12 Emmet Terrace, Apt. 3** | ☐ Unliquidated | |
| | **Revere, MA 02151** | ☐ Disputed | |
| | Date(s) debt was incurred  **2024** | Basis for the claim:  **Corporate debt** | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
| | **Gravie** | ☐ Contingent | |
| | **10 NE 2nd St. #300** | ☐ Unliquidated | |
| | **Minneapolis, MN 55413** | ☐ Disputed | |
| | Date(s) debt was incurred  **2024** | Basis for the claim:  **Corporate debt** | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,155.00 |
| | **Greencore Environmental** | ☐ Contingent | |
| | **John Feldman** | ☐ Unliquidated | |
| | **1515 N. Cocoa Blvd., Unit 102** | ☐ Disputed | |
| | **Cocoa, FL 32922** | | |
| | Date(s) debt was incurred  **2024** | Basis for the claim:  **Corporate debt** | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $669.77 |
| | **Greencore Environmental** | ☐ Contingent | |
| | **John Feldman** | ☐ Unliquidated | |
| | **4540 Bonanza St.** | ☐ Disputed | |
| | **Cocoa, FL 32927** | | |
| | Date(s) debt was incurred  **2024** | Basis for the claim:  **Corporate debt** | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,295.00 |
| | **Health Gods Consultants LLC** | ☐ Contingent | |
| | **11235 NW 43rd Place** | ☐ Unliquidated | |
| | **Coral Springs, FL 33065** | ☐ Disputed | |
| | Date(s) debt was incurred  **2023** | Basis for the claim:  **Corporate debt** | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| Debtor | **Digital Market Media, Inc.** | Case number *(if known)* |
| --- | --- | --- |
| | Name | |

---

| 3.59 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,940.00** |
| --- | --- | --- | --- |

**Here Comes the Sun**
**9880 Indiana Avenue, Suite 3**
**Riverside, CA 92503**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Basis for the claim:  **Corporate debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,195.61** |
| --- | --- | --- | --- |

**Hubspot Inc.**
**2 Canal Park**
**Cambridge, MA 02141**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Basis for the claim:  **Corporate debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15,092.00** |
| --- | --- | --- | --- |

**ICIT Development Corp.**
**300 Sunny Isles Blvd 1405**
**Sunny Isles Beach, FL 33160**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Basis for the claim:  **Corporate debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,811.55** |
| --- | --- | --- | --- |

**Ifficient Inc.**
**12081 W. Alameda Pkwy #506**
**Lakewood, CO 80228**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Basis for the claim:  **Corporate debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$560.00** |
| --- | --- | --- | --- |

**Inbound Ignite, LLC**
**8 The Green, Suite 17013**
**Dover, DE 19901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Basis for the claim:  **Corporate debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,702.35** |
| --- | --- | --- | --- |

**Inbounds LLC**
**254 Chapman Rd, Ste 208**
**#5821**
**Newark, DE 19702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Basis for the claim:  **Corporate debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$665.00** |
| --- | --- | --- | --- |

**Insurance Solutions Group**
**2037 Northside Dr. East**
**Statesboro, GA 30458**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Basis for the claim:  **Corporate debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Digital Market Media, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$54,138.75** |
|---|---|---|---|

**Interest Media, Inc.**
**P.O. Box 875194**
**Kansas City, MO 64187-5194**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2023-2024__

Basis for the claim:  __Corporate debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1.00** |
|---|---|---|---|

**Intuit, Inc.**
**2700 Coast Avenue**
**Mountain View, CA 94043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Corporate debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,506.88** |
|---|---|---|---|

**Jackqueline Stine**
**Unit 1621-1622, Soho Central Condo**
**Shaw Blvd, Mandaluyong City**
**Philippines 1552**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2024__

Basis for the claim:  __Corporate debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$357.87** |
|---|---|---|---|

**Karen Kristeen G. Betita**
**5 F R Aquino St. N. Susan Executive**
**Village, Matandang Balara**
**Quezon City, Philippines 1119**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2024__

Basis for the claim:  __Corporate debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$356.85** |
|---|---|---|---|

**Karen Y. Dionisio**
**23 Goldman St.**
**East Fairview, Quezon City**
**Philippines 1100 639662270802**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2024__

Basis for the claim:  __Corporate debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$201.42** |
|---|---|---|---|

**Kasey Geyer**
**5350 Desoto Road, Apt. 1306**
**Sarasota, FL 34235**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2023__

Basis for the claim:  __Corporate debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$810.00** |
|---|---|---|---|

**Kenneth Smith Insurance Services**
**44855 Corte Casa**
**Temecula, CA 92592**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2024__

Basis for the claim:  __Corporate debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Digital Market Media, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $504.00 |
|---|---|---|---|

**Kingdom Insurance Group**
**515 North Broad Street**
**Thomasville, GA 31792**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2024__

**Basis for the claim:** __Corporate debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $150.00 |
|---|---|---|---|

**Lawanda Muhammad**
**13637 Aspen Leaf Ln**
**Eastvale, CA 92880**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2022__

**Basis for the claim:** __Corporate debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $98.00 |
|---|---|---|---|

**LeadProsper**
**38 Rosscraggon Rd, Suite C**
**Asheville, NC 28803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2024__

**Basis for the claim:** __Corporate debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,406.00 |
|---|---|---|---|

**LexisNexis Risk Solutions FL Inc**
**28330 Network Place**
**Chicago, IL 60673-1283**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2024__

**Basis for the claim:** __Corporate debt__

Last 4 digits of account number __9872__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $990.00 |
|---|---|---|---|

**Luke Rankin**
**11448 Highway 76 W**
**Gray Court, SC 29645**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2023__

**Basis for the claim:** __Corporate debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $330.00 |
|---|---|---|---|

**Ma. Jill B. Lugtu**
**877 Don Quijote St.**
**Sampaloc, Manila**
**Philippines 1015 693778149159**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2024__

**Basis for the claim:** __Corporate debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $660.00 |
|---|---|---|---|

**Malachi Uysse**
**1317 Edgewater Dr., Ste. 5711**
**Orlando, FL 32804**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2022__

**Basis for the claim:** __Corporate debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Digital Market Media, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.80** | Nonpriority creditor's name and mailing address
**Mansueto Ventures, LLC**
**7 World Trade Center**
**New York, NY 10007**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Corporate debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$2,000.00**

---

**3.81** | Nonpriority creditor's name and mailing address
**Media Force Ltd**
**26 Harokmim St.**
**Holon**
**Israel 5885849**

Date(s) debt was incurred  **2024**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Corporate debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$4.25**

---

**3.82** | Nonpriority creditor's name and mailing address
**Medicare Complete**
**Dalton Lawson**
**5119 NE 8th St**
**Kansas City, MO 64119**

Date(s) debt was incurred  **2024**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Corporate debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,550.00**

---

**3.83** | Nonpriority creditor's name and mailing address
**Medicare Complete**
**Sean Gorman**
**5119 NE 8th St**
**Kansas City, MO 64119**

Date(s) debt was incurred  **2023**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Corporate debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$750.00**

---

**3.84** | Nonpriority creditor's name and mailing address
**Medicare Complete**
**Jeremy David**
**5119 NE 8th St**
**Kansas City, MO 64119**

Date(s) debt was incurred  **2023**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Corporate debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,500.00**

---

**3.85** | Nonpriority creditor's name and mailing address
**Metrix Holdings LLC dba Equoto**
**817 W Peachtree St, NE**
**(Ste P200)**
**Atlanta, GA 30308**

Date(s) debt was incurred  **2023**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Corporate debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$5,374.00**

---

**3.86** | Nonpriority creditor's name and mailing address
**Midnight Oil Marketing Group, Inc.**
**702 Ash Street, Ste. 107**
**San Diego, CA 92101**

Date(s) debt was incurred  **2022**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Corporate debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$289.00**

---

| Debtor | **Digital Market Media, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.87** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,300.00**

**Movses Manukyan**
**5a Tumanyan St.**
**Yerevan**
**Armenia 0001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

**Basis for the claim:  Corporate debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.88** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$71,652.00**

**Mutual of Omaha**
**3300 Mutual of Omaha Plaza**
**Omaha, NE 68175**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

**Basis for the claim:  Corporate debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.89** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,250.00**

**Nutmeg Insurance Advisors LLC**
**1 St. John St**
**North Haven, CT 06473**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:  Corporate debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.90** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,924.50**

**Ogden & Fricks LLP**
**656 Santa Rosa Street, Suite 2B**
**San Luis Obispo, CA 93401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023-2024**

**Basis for the claim:  Corporate debt**

Last 4 digits of account number  **1658**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.91** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,818.00**

**Optimize to Convert Digital, LLC**
**170 Commerce Way, Suite 200**
**Portsmouth, NH 03801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023-2024**

**Basis for the claim:  Corporate debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.92** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00**

**Options Agency**
**802 Kingsgate Dr**
**Corona, CA 92882**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:  Corporate debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.93** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,392.62**

**Paylocity**
**1400 American Lane**
**Schaumburg, IL 60173**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

**Basis for the claim:  Corporate debt**

Last 4 digits of account number  **5703**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Digital Market Media, Inc.** | | Case number *(if known)* | |
| | Name | | | |

---

| 3.94 | **Nonpriority creditor's name and mailing address**<br>**Peak Advertising, LLC**<br>**1200 Pierce Rd**<br>**Madison, TN 37115** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,800.00** |
| | Date(s) debt was incurred **2024** | **Basis for the claim:** **Corporate debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.95 | **Nonpriority creditor's name and mailing address**<br>**PolicyScout, LLC**<br>**10808 South River Front Parkway**<br>**Ste. 500**<br>**South Jordan, UT 84095** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$22,849.40** |
| | Date(s) debt was incurred **2023-2024** | **Basis for the claim:** **Corporate debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.96 | **Nonpriority creditor's name and mailing address**<br>**PX, Inc.**<br>**44 Wall Street - Suite 605**<br>**New York, NY 10005** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$9,719.60** |
| | Date(s) debt was incurred **2023-2024** | **Basis for the claim:** **Corporate debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.97 | **Nonpriority creditor's name and mailing address**<br>**QuinStreet Inc.**<br>**P.O. Box 8398**<br>**Pasadena, CA 91109-8398** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$300.00** |
| | Date(s) debt was incurred **2023** | **Basis for the claim:** **Corporate debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.98 | **Nonpriority creditor's name and mailing address**<br>**Quote Storm Holdings, LLC**<br>**P.O. Box 558834**<br>**Miami, FL 33255** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$240.00** |
| | Date(s) debt was incurred **2023** | **Basis for the claim:** **Corporate debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.99 | **Nonpriority creditor's name and mailing address**<br>**Quotehound Inc.**<br>**1101 Central Expy S Ste 250**<br>**Allen, TX 75013** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$134.50** |
| | Date(s) debt was incurred **2022** | **Basis for the claim:** **Corporate debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.100 | **Nonpriority creditor's name and mailing address**<br>**QuoteWizard by LendingTree LLC**<br>**P.O. Box 840470**<br>**Dallas, TX 75284-0470** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,659.41** |
| | Date(s) debt was incurred **2023** | **Basis for the claim:** **Corporate debt** | |
| | Last 4 digits of account number **6554** | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Digital Market Media, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $78.69 |

**Retreaver**
**36 Cattano Avenue, 5th Floor**
**Morristown, NJ 07960**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2024**

**Basis for the claim:  Corporate debt**

**Last 4 digits of account number  _**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,170.00 |

**Right Choice Community Commitment**
**919A Atlantic Ave**
**Atlantic City, NJ 08401**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2023**

**Basis for the claim:  Corporate debt**

**Last 4 digits of account number  _**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $900.00 |

**Right Choice Community Commitment**
**919A Atlantic Ave**
**Atlantic City, NJ 08401**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2023**

**Basis for the claim:  Corporate debt**

**Last 4 digits of account number  _**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,704.55 |

**Salt Media Group**
**8751 Sandy Parkway**
**Sandy, UT 84070**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2023-2024**

**Basis for the claim:  Corporate debt**

**Last 4 digits of account number  _**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $540.00 |

**Sam Alvarado**
**22845 AVE 22**
**Madera, CA 93638**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2023**

**Basis for the claim:  Corporate debt**

**Last 4 digits of account number  _**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $601,867.96 |

**SBA Disaster Covid-19 Economic Inj**
**CESC-Covid EIDL Service Center**
**14925 Kingsport Rd**
**Fort Worth, TX 76155**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2020**

**Basis for the claim:  Corporate debt**

**Last 4 digits of account number  7804**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,500.00 |

**Sean Nguyen**
**1297 Flickinger Ave**
**San Jose, CA 95131**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2022**

**Basis for the claim:  Corporate debt**

**Last 4 digits of account number  _**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Digital Market Media, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.108**

**Nonpriority creditor's name and mailing address**
**Senior Health LLC**
**7801 Pine Ridge Road**
**Louisville, KY 40241**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Corporate debt**

Is the claim subject to offset? ■ No ☐ Yes

**$500.00**

---

**3.109**

**Nonpriority creditor's name and mailing address**
**Senior Life Insurance**
**Scott Maxwell**
**2619 S. Keene**
**Mesa, AZ 85209**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Corporate debt**

Is the claim subject to offset? ■ No ☐ Yes

**$855.00**

---

**3.110**

**Nonpriority creditor's name and mailing address**
**Spektra Financial**
**Sam Nemovi**
**3131 Camino Del Rio N**
**San Diego, CA 92108**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Corporate debt**

Is the claim subject to offset? ■ No ☐ Yes

**$3,600.00**

---

**3.111**

**Nonpriority creditor's name and mailing address**
**State HQ**
**152 North 480 East**
**PO Box 113**
**Millville, UT 84326**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Corporate debt**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.112**

**Nonpriority creditor's name and mailing address**
**Steve Rush**
**PO Box 149**
**Eureka Springs, AR 72632**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Corporate debt**

Is the claim subject to offset? ■ No ☐ Yes

**$1,200.00**

---

**3.113**

**Nonpriority creditor's name and mailing address**
**Stonehedge Media**
**88 Industrial Ct.**
**Freehold, NJ 07728**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Corporate debt**

Is the claim subject to offset? ■ No ☐ Yes

**$3,425.00**

---

**3.114**

**Nonpriority creditor's name and mailing address**
**Suited Connector, LLC**
**P.O. Box 844017**
**Dallas, TX 75284-4017**

Date(s) debt was incurred  **2023-2024**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Corporate debt**

Is the claim subject to offset? ■ No ☐ Yes

**$13,898.53**

---

| Debtor | **Digital Market Media, Inc.** | | Case number *(if known)* | |
| --- | --- | --- | --- | --- |
| | Name | | | |

---

**3.115** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,035.00**

**Sunshine Residuals LLC**
**Senior Health Desk**
**777 SE 2nd St, Unit C315**
**Deerfield Beach, FL 33441**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

**Basis for the claim:   Corporate debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.116** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$636.50**

**The Hanover Insurance Group**
**440 Lincoln Streetn**
**Worcester, MA 01653**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

**Basis for the claim:   Corporate debt**

Last 4 digits of account number **1000**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.117** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$855.00**

**The Palmer Agency**
**PO Box 9276**
**Rochester, MN 55903**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022**

**Basis for the claim:   Corporate debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.118** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$9,710.00**

**Thriti Technologies LLC**
**2411 Aiken Drive**
**Richmond, VA 23294**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

**Basis for the claim:   Corporate debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.119** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$825.60**

**Tiburon Media Group, LLC**
**39 Main Street**
**Belvedere Tiburon, CA 94920**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

**Basis for the claim:   Corporate debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.120** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$770.00**

**Travis Flatt**
**3201 Wind Call Ln.**
**Edmond, OK 73034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022**

**Basis for the claim:   Corporate debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.121** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,049.00**

**Triumph Communications, LLC**
**Susan Anderson**
**20 Collins Rd.**
**Greeneville, TN 37745**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

**Basis for the claim:   Corporate debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Digital Market Media, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,200.00** |
|---|---|---|---|

**United Lead Center LLC**
**2145 Davie Blvd, St 201**
**Fort Lauderdale, FL 33312**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Basis for the claim:  **Corporate debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,600.00** |
|---|---|---|---|

**Uprise Solar**
**1140 3rd St NE**
**Washington, DC 20002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Basis for the claim:  **Corporate debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$229.95** |
|---|---|---|---|

**VIP Response**
**Parijsboulevard 143C**
**3541CS Utrecht**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Basis for the claim:  **Corporate debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,590.29** |
|---|---|---|---|

**Wells Fargo Bank, N.A. (114)**
**P.O. Box 6995**
**Portland, OR 97228-6995**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Corporate debt**

Last 4 digits of account number  **2027**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$22,701.55** |
|---|---|---|---|

**Wells Fargo SBL**
**P.O. Box 29482**
**Phoenix, AZ 85038-8650**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Basis for the claim:  **Corporate debt**

Last 4 digits of account number  **5364**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,780.68** |
|---|---|---|---|

**Wells Fargo SBL**
**P.O. Box 29482**
**Phoenix, AZ 85038-8650**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Basis for the claim:  **Corporate debt**

Last 4 digits of account number  **3337**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$51,795.54** |
|---|---|---|---|

**Wells Fargo SBL**
**P.O. Box 29482**
**Phoenix, AZ 85038-8650**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023-2024**

Basis for the claim:  **Corporate debt**

Last 4 digits of account number  **2649**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Digital Market Media, Inc.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.129 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $45.00 |
|---|---|---|---|

**William West**
**7793 Waggoner Chase Blvd**
**Blacklick, OH 43004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

Basis for the claim:  **Corporate debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $595.00 |
|---|---|---|---|

**Wolffs Financial**
**9593 Town Parc Circle S**
**Parkland, FL 33076**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

Basis for the claim:  **Corporate debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $18,000.00 |
|---|---|---|---|

**ZoomInfo Technologies LLC**
**805 Broadway Street, Suite 900**
**Vancouver, WA 98660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number  **2623**

Basis for the claim:  **Corporate debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**   List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Altus Receivables Management**<br>**2121 Airline Drive, Suite 520**<br>**Metairie, LA 70001** | Line  **3.25**<br><br>☐ Not listed. Explain | **2159** |
| 4.2 | **CMI Credit Mediators, Inc.**<br>**P.O. Box 456**<br>**Upper Darby, PA 19082-0456** | Line  **3.100**<br><br>☐ Not listed. Explain | **3052** |
| 4.3 | **Department of Commerce**<br>**Bureau of Wage & Hour Admin.**<br>**P.O. Box 4009**<br>**Reynoldsburg, OH 43068-9009** | Line  **2.48**<br><br>☐ Not listed. Explain | **6103** |
| 4.4 | **Dickie, McCamey & Chilcote, P.C.**<br>**Two PPG Place, Suite 400**<br>**Pittsburgh, PA 15222** | Line  **3.37**<br><br>☐ Not listed. Explain | _ |
| 4.5 | **Euler Hermes Collections North America Company**<br>**100 International Drive, 22nd Floor**<br>**Baltimore, MD 21202** | Line  **3.12**<br><br>☐ Not listed. Explain | **0246** |
| 4.6 | **Garth G. Gavenda**<br>**Jellum Law**<br>**7616 Currell Blvd., Suite 245**<br>**Saint Paul, MN 55125** | Line  **3.49**<br><br>☐ Not listed. Explain | _ |

| Debtor | **Digital Market Media, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.7 | **Gregory N. Filosa**<br>**Filosa Graff LLP**<br>**17 State Street, 40th Floor**<br>**New York, NY 10004** | Line **3.4**<br><br>☐ Not listed. Explain ____ | _ |
| 4.8 | **Law Offices of Carol Hamilton**<br>**Continental Commercial Group**<br>**1111 N. Brand Blvd, Ste 401**<br>**Glendale, CA 91202** | Line **3.33**<br><br>☐ Not listed. Explain ____ | **2920** |
| 4.9 | **N.C. Department of Labor**<br>**1101 Mail Service Center**<br>**Raleigh, NC 27699** | Line **2.7**<br><br>☐ Not listed. Explain ____ | **9235** |
| 4.10 | **Oklahoma Department of Labor**<br>**409 NE 28th Street, 3rd Floor**<br>**Oklahoma City, OK 73105-5212** | Line **2.9**<br><br>☐ Not listed. Explain ____ | **5CKG** |
| 4.11 | **Qualifier**<br>**6501 Congress Avenue, Unit 140**<br>**Boca Raton, FL 33487** | Line **3.48**<br><br>☐ Not listed. Explain ____ | _ |
| 4.12 | **Richard T. Avis, Attorney &**<br>**Associates, LLC**<br>**P.O. Box 735633**<br>**Chicago, IL 60673-5633** | Line **3.41**<br><br>☐ Not listed. Explain ____ | **1869** |
| 4.13 | **The Leviton Law Firm, Ltd.**<br>**One Pierce Place, Suite 725W**<br>**Itasca, IL 60143** | Line **3.25**<br><br>☐ Not listed. Explain ____ | **2159** |
| 4.14 | **Tim Waggoner, Esq.**<br>**Mutual of Omaha**<br>**3300 Mutual of Omaha Plaza**<br>**Omaha, NE 68175** | Line **3.88**<br><br>☐ Not listed. Explain ____ | _ |
| 4.15 | **Triumph Communications, LLC**<br>**180 Pauline Drive**<br>**Hazel Green, AL 35750** | Line **3.121**<br><br>☐ Not listed. Explain ____ | _ |
| 4.16 | **Tucker Albin & Associates**<br>**1702 N. Collins Blvd, Suite 100**<br>**Richardson, TX 75080** | Line **3.5**<br><br>☐ Not listed. Explain ____ | **2750** |

**Part 4:** **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | | 5a. | $ 103,800.24 |
| 5b. Total claims from Part 2 | | 5b. + | $ 2,796,648.02 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | | 5c. | $ 2,900,448.26 |

**Fill in this information to identify the case:**

Debtor name    **Digital Market Media, Inc.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    _____

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ■ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*  *Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.2 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.3 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.4 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |

**Fill in this information to identify the case:**

Debtor name **Digital Market Media, Inc.**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors 12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

Column 1: **Codebtor**  |  Column 2: **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | Thomas and Dawn Carolan | 604 Hillside Court Arroyo Grande, CA 93420 | Fresno First Bank | ☐ D _____<br>■ E/F 3.49<br>☐ G _____ |
| 2.2 | Thomas and Dawn Carolan | 604 Hillside Court Arroyo Grande, CA 93420 | Aragon Advertising, LLC | ☐ D _____<br>■ E/F 3.14<br>☐ G _____ |
| 2.3 | Thomas and Dawn Carolan | 604 Hillside Court Arroyo Grande, CA 93420 | Fora Financial Advance LLC | ☐ D _____<br>■ E/F 3.46<br>☐ G _____ |
| 2.4 | Thomas and Dawn Carolan | 604 Hillside Court Arroyo Grande, CA 93420 | Fresh Funding Solutions Inc. | ☐ D _____<br>■ E/F 3.48<br>☐ G _____ |
| 2.5 | Thomas and Dawn Carolan | 604 Hillside Court Arroyo Grande, CA 93420 | SBA Disaster Covid-19 Economic Inj | ☐ D _____<br>■ E/F 3.106<br>☐ G _____ |

| Debtor | **Digital Market Media, Inc.** | Case number *(if known)* | |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.6 | **Thomas and Dawn Carolan**    **604 Hillside Court Arroyo Grande, CA 93420** | **Bluevine Inc.** | ☐ D _____ ■ E/F  **3.21** ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name    **Digital Market Media, Inc.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■   *Schedule H: Codebtors* (Official Form 206H)

■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐   Amended *Schedule*

☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐   Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  5/24/24     x _____
                         Signature of individual signing on behalf of debtor

                         **Dawn Carolan**
                         Printed name

                         **Chief Financial Officer**
                         Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name    **Digital Market Media, Inc.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    **04/22**

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2024** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$727,285.87** |
| **For prior year:**<br>From  **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other _____ | **$5,523,814.76** |
| **For year before that:**<br>From  **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other _____ | **$7,654,212.09** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
    List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

Debtor   **Digital Market Media, Inc.** _____    Case number _(if known)_ _____

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. _Insiders_ include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5.  **Repossessions, foreclosures, and returns**
    List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6.  **Setoffs**
    List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| **DDR Media, LLC 2213 Forest Hills Dr., Ste. 3 Harrisburg, PA 17112** | **Did not pay invoices** Last 4 digits of account number: _____ | **Last 90 days** | **$135.00** |
| **Peak Advertising, LLC 1200 Pierce Rd Madison, TN 37115** | **Did not pay invoices** Last 4 digits of account number: _____ | **Last 90 days** | **$1,835.00** |
| **DriveTake LLC 7000 West Palmetto Park Road Ste. 210 Boca Raton, FL 33433** | **Did not pay invoices** Last 4 digits of account number: _____ | **Last 90 days** | **$612.00** |
| **PX, Inc. 44 Wall Street - Suite 605 New York, NY 10005** | **Did not pay invoices** Last 4 digits of account number: _____ | **Last 90 days** | **$4,683.97** |

**Part 3:   Legal Actions or Assignments**

7.  **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
    List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Sharee Gavin v. Digital Market Media, Inc. 24-0661-03** | **Employee unpaid wages** | **Department of Commerce Bureau of Wage and Hour Administration PO Box 4009 Reynoldsburg, OH 43068-9009** | ■ Pending ☐ On appeal ☐ Concluded |

Debtor    **Digital Market Media, Inc.** _____    Case number *(if known)* _____

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.2. **Brittany Stetson v. Digital Market Media, LLC**<br>**209235** | **Employee unpaid wages** | **North Carolina Department of Labor**<br>**1101 Mail Service Center**<br>**Raleigh, NC 27699** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. **Cathie Snider v. Digital Market Media, LLC**<br>**202400595CKG** | **Employee unpaid wages** | **Oklahoma Department of Labor**<br>**409 NE 28th Street, 3rd Floor**<br>**Oklahoma City, OK 73105-5212** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4:    Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:    Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:    Certain Payments or Transfers

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

Debtor   **Digital Market Media, Inc.** _____   Case number *(if known)* _____

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. **Law Offices of Edwin J. Rambuski**<br>**1401 Higuera Street**<br>**San Luis Obispo, CA 93401-2915** | **Attorney Fees - $5,000**<br>**Filing Fee - $338** | **4/11/24** | **$5,338.00** |
| **Email or website address**<br>**edwin@rambuskilaw.com** | | | |
| **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:   Previous Locations**

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:   Health Care Bankruptcies**

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:   Personally Identifiable Information**

| Debtor | **Digital Market Media, Inc.** | Case number *(if known)* | |

16. **Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
☑ Yes. Does the debtor serve as plan administrator?

☐ No Go to Part 10.
☑ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **DMM Investing For the Future Employee 401k Plan** | EIN: **1360252-01** |

Has the plan been terminated?
☐ No
☑ Yes

---

**Part 10:**  **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

---

**Part 11:**  **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

---

Debtor   **Digital Market Media, Inc.**                                    Case number *(if known)* _____

---

**Part 12:**  **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■  No.
☐  Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | |

23.  **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■  No.
☐  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

24.  **Has the debtor notified any governmental unit of any release of hazardous material?**

■  No.
☐  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

---

**Part 13:**  **Details About the Debtor's Business or Connections to Any Business**

25.  **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| | | |

26.  **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.  **Five Cities CPAs, Inc.**<br>**227 South Halcyon Road, Suite 101**<br>**Arroyo Grande, CA 93420** | **2017 - present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

| Debtor | **Digital Market Media, Inc.** | Case number *(if known)* |
|---|---|---|

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. | **Five Cities CPAs, Inc.**<br>**227 South Halcyon Road, Suite 101**<br>**Arroyo Grande, CA 93420** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. | **Fresno First Bank**<br>**7690 N. Palm Avenue**<br>**Fresno, CA 93711** |
| 26d.2. | **Bluevine, Inc.**<br>**401 Warren Street, Ste. 300**<br>**Redwood City, CA 94063** |
| 26d.3. | **Fora Financial Advance, LLC**<br>**519 Eighth Avenue**<br>**New York, NY 10018** |
| 26d.4. | **Libertas Funding**<br>**411 West Putnam Ave., Ste. 220**<br>**Greenwich, CT 06830** |
| 26d.5. | **Captain Capital Group**<br>**1975 E. 8th St.**<br>**Brooklyn, NY 11223** |
| 26d.6. | **Blue Edge Ventures**<br>**88 Pine St.**<br>**New York, NY 10005** |
| 26d.7. | **Qualifier LLC (for Fresh Funding)**<br>**6501 Congress Avenue, Unit 140**<br>**Boca Raton, FL 33487** |
| 26d.8. | **On Deck Capital, LLC**<br>**Loan Operations Center**<br>**701 North Stuart Street, Ste 700**<br>**Arlington, VA 22203** |
| 26d.9. | **Lowry & Associates Inc.**<br>**967 Pioneer Rd**<br>**Draper, UT 84020** |
| 26d.10. | **SBG Funding**<br>**400 E. 57th St.**<br>**New York, NY 10022** |
| 26d.11. | **Kapitus**<br>**2500 Wilson Blvd., Ste. 350**<br>**Arlington, VA 22201** |
| 26d.12. | **FoxRothschild LLP**<br>**1225 17th St., Ste. 2200**<br>**Denver, CO 80202** |

Debtor    **Digital Market Media, Inc.**                                    Case number *(if known)* _____

| Name and address |
|---|
| 26d.13.    **The Fundworks LLC (for FreshFunding)**<br>**299 S. Main St., Ste 1300**<br>**PMB 93894**<br>**Salt Lake City, UT 84111** |
| 26d.14.    **Fresh Funding Solutions, Inc.**<br>**157 Church St., 19th Fl.**<br>**New Haven, CT 06510** |
| 26d.15.    **Blue Group Capital**<br>**4800 N Federal Highway**<br>**Boca Raton, FL 33431** |
| 26d.16.    **Polaris Business Strategic Advisors Inc.**<br>**22 W. 38th St., 3rd Floor**<br>**New York, NY 10038** |
| 26d.17.    **Dubbs Holdings**<br>**3611 14th Ave.**<br>**Brooklyn, NY 11218** |
| 26d.18.    **MyMax Capital**<br>**463 Bedford Ave.**<br>**Brooklyn, NY 11211** |
| 26d.19.    **Funding Circle**<br>**707 17th St., Ste. 2200**<br>**Denver, CO 80202** |
| 26d.20.    **Big Think Capital**<br>**225 Broadhollow Rd.**<br>**Melville, NY 11747** |
| 26d.21.    **Fundera by NerdWallet**<br>**123 Williams St., Floor 21**<br>**New York, NY 10038** |
| 26d.22.    **Businessloans.com**<br>**164 Market St., Ste. 307**<br>**Charleston, SC 29401** |
| 26d.23.    **Yarrow Financial**<br>**150 E. Palmetto Park Rd., Ste. 800**<br>**Boca Raton, FL 33432** |
| 26d.24.    **Rok Financial**<br>**3500 Sunrise Hwy**<br>**Bldg 100, Ste. 201**<br>**Great River, NY 11739** |

27. **Inventories**
    Have any inventories of the debtor's property been taken within 2 years before filing this case?

    ■ No
    ☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

Debtor    **Digital Market Media, Inc.**                                   Case number *(if known)* _____

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| **Tom Carolan** | **604 Hillside Ct.**<br>**Arroyo Grande, CA 93420** | **Shareholder, CEO, Director** | **51%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| **Dawn Carolan** | **604 Hillside Ct.**<br>**Arroyo Grande, CA 93420** | **Shareholder, CFO and Secretary, Director** | **49%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|-------------------------------|------------------------------------------------------|-------|--------------------------------|
| 30.1. | **Tom Carolan**<br>**604 Hillside Ct.**<br>**Arroyo Grande, CA 93420**<br><br>**Relationship to debtor**<br>**Shareholder, Officer Director** | **$94,475.44 - Salary**<br>**$16.15 - Reimbursement**<br>**$8,562.50 - Shareholder distributions** | **Various over last year** | **Salary, reimbursement, shareholder distributions** |
| 30.2. | **Dawn Carolan**<br>**604 Hillside Ct.**<br>**Arroyo Grande, CA 93420**<br><br>**Relationship to debtor**<br>**Shareholder, Officer, Director** | **$94,546.93 - Salary**<br>**$2,002.80 - Reimbursement**<br>**$8,562.50 - Shareholder distributions** | **Various over last year** | **Salary, reimbursement, shareholder distributions** |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|-----------------------------------------------------------|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|--------------------------|----------------------------------------------------|

**Part 14:** Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____5/24/24_____

_____          **Dawn Carolan**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **Chief Financial Officer**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Central District of California

In re **Digital Market Media, Inc.**

Debtor(s)

Case No. _____

Chapter **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **5,000.00** |
| Prior to the filing of this statement I have received | $ | **5,000.00** |
| Balance Due | $ | **0.00** |

2.  The source of the compensation paid to me was:

    ■ Debtor    ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor    ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **See Paragraph 6, below, for limited scope of representation.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **1. Representation of the debtor(s) at any adjourned or continued meeting of creditors.**
    **2. Representation of the debtor(s) at any confirmation or discharge hearings.**
    **3. Representation of the debtor(s) in any adversary proceeding.**
    **4. Representation of the debtor(s) at any Rule 2004 Examination.**

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

_5-24-24_
Date

Edwin J. Rambuski
*Signature of Attorney*
**Law Offices of Edwin J. Rambuski**
**1401 Higuera Street**
**San Luis Obispo, CA 93401-2915**
**(805) 546-8284  Fax: (805) 546-8489**
**edwin@rambuskilaw.com**
*Name of law firm*

Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address   FOR COURT USE ONLY

**Edwin J. Rambuski**
**1401 Higuera Street**
**San Luis Obispo, CA 93401-2915**
**(805) 546-8284 Fax: (805) 546-8489**
California State Bar Number: **109602 CA**
**edwin@rambuskilaw.com**

☐   *Debtor(s) appearing without an attorney*

■   *Attorney for Debtor*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re:

**Digital Market Media, Inc.**

CASE NO.:

CHAPTER: **7**

### VERIFICATION OF MASTER
### MAILING LIST OF CREDITORS

**[LBR 1007-1(a)]**

Debtor(s).

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __26__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: 5/24/24

_____
Signature of Debtor 1

Date: _____

_____
Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: 5-24-24

_____
Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

.

Aaron Karn
208 Oak St.
Bakersfield, CA 93304


AcquireCrowd
4533 MacArthur Blvd., Ste A5314
Newport Beach, CA 92660


Adam Lubenow
21114 N 37th Run
Phoenix, AZ 85050


Adjunct Media
22 Brookside Terrance
Caldwell, NJ 07006


AdMediary, LLC
23929 Valencia Blvd., Ste 404
Valencia, CA 91355


Adsync Media LLC
1300 South Miami Avenue
Miami, FL 33130


Alabama Department of Labor
50 North Ripley Street
Montgomery, AL 36132


Alicia Becker
7281 Blackstone Drive
Florence, KY 41042

Alpine Digital Group, Inc.
13856 W. 2nd Ave
Golden, CO 80401


Altus Receivables Management
2121 Airline Drive, Suite 520
Metairie, LA 70001


Alyse O. Locklear
1055 Flats Ave
#206
Mebane, NC 27302


American Assurance
4445 Corporation Ln., Ste 264
Virginia Beach, VA 23462


AmeriGuide Financial
P.O. Box 1497
Topeka, KS 66601


Angela Byrne
Ballycullane Lane
Ballycullane New Ross Co Wexford
Ireland


Angela Gunness
3839 Megan Lane
Encinitas, CA 92024


Angela L. Trout
3413 Cottage St
Brownwood, TX 76801

Apollo Interactive, LLC
139 Illinois St
El Segundo, CA 90245


Aqua Vida Media LLC
325 Sentry Pkwy
Bldg 5 W Ste 200
Blue Bell, PA 19422


Aragon Advertising, LLC
66 Mineola Avenue, #1355
Roslyn Heights, NY 11577


Arizona Department of Revenue
P.O. Box 29009
Phoenix, AZ 85038


Assurance IQ
920 5th Avenue, Ste 3600
Seattle, WA 98104


B Two Direct, LLC
100 Sterling Pkwy, Ste 105
Mechanicsburg, PA 17050


Betterlife Insurance
6522 Grand Teton Plaza
Madison, WI 53719


Big Brook Media, LLC
Little Brook Media
20 S. Main Street, Suite 206
New City, NY 10956

Birdeye Inc.
2479 E. Bayshore Rd, Suite #188
Palo Alto, CA 94303


Blue Wing Ads, LLC
Jeffrey Alan Libby
2637 E Atlantic Blvd, Suite #12566
Pompano Beach, FL 33062


Bluevine Inc.
401 Warren Street, Suite 300
Redwood City, CA 94063


Brande L. Bell
383 Chadwick Commons
Stockbridge, GA 30281


Brittany N. Stetson
PO Box 280
White Oak, NC 28399


Bullet EV Charging Solutions, LLC
111 Congress Ave, Suite 500
Austin, TX 78701


Business Legal Partners
Attorneys at Law
35 N. Lake, Suite 710
Pasadena, CA 91101


Catherin A. Myers
157 Big Pine Dr
Valley Grande, AL 36701

Cathie O. Snider
8713 North Kensington Rd
Oklahoma City, OK 73132

Chiquita M. Jolliff
943 May Street, 2nd Floor
Hammond, IN 46320

Christie A. Mays
3 Dot Dr
Fayetteville, TN 37334

Christopher H. Baker
5400 Rock Chalk
#20-308
Lawrence, KS 66049

Christopher Newsome
11726 Rolling Stream Dr
Tomball, TX 77375

Clarisse Sniezek
606 Tanana Fall Drive
Ruskin, FL 33570

Clickdee, LLC
30 N. Gould Street, STE R
Sheridan, WY 82801

CMI Credit Mediators, Inc.
P.O. Box 456
Upper Darby, PA 19082-0456

CO2 Ventures LLC
OnCore Leads
9580 Oak Avenue Parkway, Suite 7
Folsom, CA 95630


Commonwealth of Kentucky
Office of Unemployment Insurance
P.O. Box 948
Frankfort, KY 40602-0948


Complete Sales LLC
1021 Lake Hollow Dr.
Little Elm, TX 75068


Convoso, Inc.
22837 Ventura Blvd., Ste. 300
Woodland Hills, CA 91364


Cortez D. Allen
7313 Covert Ave
Cleveland, OH 44105


CTA Media
15567 74th Avenue
Palm Beach Gardens, FL 33418


DDR Media, LLC
2213 Forest Hills Dr., Ste. 3
Harrisburg, PA 17112


Department of Commerce
Bureau of Wage & Hour Admin.
P.O. Box 4009
Reynoldsburg, OH 43068-9009

Diablo Media LLC
3001 Brighton Blvd, Suite 769
Denver, CO 80216


Dianne Kristine Marmol
Block 2 Lot 30 Phase 1, Avida
Settings Cavite, Molino 4, Bacoor
Cavite, Philippines 4102


Dickie, McCamey & Chilcote, P.C.
Two PPG Place, Suite 400
Pittsburgh, PA 15222


Diego Chalarca
677 Trace Circle #201
Deerfield Beach, FL 33441


Digital Media Solutions dba
Forte Media Solutions, LLC
4800 140th Ave North, Suite 101
Clearwater, FL 33762


Digital Viking Media, Inc.
13681 Newport Ave, Suite 8-226
Tustin, CA 92780


Digitree Solutions LLC
133 Hillside Drive
Neptune, NJ 07753


Direct2Market Digital Media Solut.
70 Cooper Rd
Rochester, NY 14617

DriveTake LLC
7000 West Palmetto Park Road
Ste. 210
Boca Raton, FL 33433


eLocal USA LLC
1010 Spring Mill Ave., Ste. 200
Conshohocken, PA 19428


Employer Advocates Group
735 Tank Farm Road, Suite 130-B
San Luis Obispo, CA 93401


Enginefish LLC
707 Continental Circle Unit #312
Mountain View, CA 94040


Eternal Life Group, LLC
520 Plantation Creek Drive
Loganville, GA 30052


Ethel Loycelle Baxter
1916 Hewett Lane
Maitland, FL 32751


Euler Hermes Collections North
America Company
100 International Drive, 22nd Floor
Baltimore, MD 21202


Excel Impact, LLC
382 NE 191st Street, Ste 57537
Miami, FL 33179

ExlService.com, LLC
24 Arnett Avenue, Suite 100
Lambertville, NJ 08530


Faisal Zeid
7930 Tireswing Rd
Dunn Loring, VA 22027


Family First Life
John Patrick Spera
475 FM 3427
Greenville, TX 75401


Family First Life
Thomas Barnes
5210 W Patrick Ln
Las Vegas, NV 89118


First Insurance Funding
450 Skokie Blvd, Ste 1000
Northbrook, IL 60062-7917


Fora Financial Advance LLC
1385 Broadway, 15th Floor
New York, NY 10018


Forge47 LLC
2833 Crockett Street, Unit #1047
Fort Worth, TX 76107


Franchise Tax Board
Bankruptcy Section, MS: A-340
P.O. Box 2952
Sacramento, CA 95812-2952

Fresh Funding Solutions Inc.
157 Church Street, 19th Floor
New Haven, CT 06510


Fresno First Bank
7690 N. Palm Ave., Ste. 101
Fresno, CA 93711


Gabriel A. Sandoval
12140 N Kylene Canyon Dr
Oro Valley, AZ 85755


Garth G. Gavenda
Jellum Law
7616 Currell Blvd., Suite 245
Saint Paul, MN 55125


Glass Roots Marketing
400 Kelby Street, Ste 1200
Fort Lee, NJ 07024


Glatzer & Associates
10365 Cameilla St.
Pompano Beach, FL 33076


Glenda S. Gustin
13506 E. 4th Place
Tulsa, OK 74108-1104


Google, Inc.
Corporation Service Company
2710 Gateway Oaks Drive, Suite 150N
Sacramento, CA 95833

Grasshopper
333 Summer Street, 5th Floor
Boston, MA 02210


Grateful Addicts Recovery
12 Emmet Terrace, Apt. 3
Revere, MA 02151


Gravie
10 NE 2nd St. #300
Minneapolis, MN 55413


Greencore Environmental
John Feldman
1515 N. Cocoa Blvd., Unit 102
Cocoa, FL 32922


Greencore Environmental
John Feldman
4540 Bonanza St.
Cocoa, FL 32927


Gregory N. Filosa
Filosa Graff LLP
17 State Street, 40th Floor
New York, NY 10004


Guadalupe P. Conolly
2008 1/2 Stratford Ave
Neptune, NJ 07753


Health Gods Consultants LLC
11235 NW 43rd Place
Coral Springs, FL 33065

Here Comes the Sun
9880 Indiana Avenue, Suite 3
Riverside, CA 92503


Hubspot Inc.
2 Canal Park
Cambridge, MA 02141


ICIT Development Corp.
300 Sunny Isles Blvd 1405
Sunny Isles Beach, FL 33160


Ifficient Inc.
12081 W. Alameda Pkwy #506
Lakewood, CO 80228


Inbound Ignite, LLC
8 The Green, Suite 17013
Dover, DE 19901


Inbounds LLC
254 Chapman Rd, Ste 208
#5821
Newark, DE 19702


Insurance Solutions Group
2037 Northside Dr. East
Statesboro, GA 30458


Interest Media, Inc.
P.O. Box 875194
Kansas City, MO 64187-5194

Intuit, Inc.
2700 Coast Avenue
Mountain View, CA 94043


Jackqueline Stine
Unit 1621-1622, Soho Central Condo
Shaw Blvd, Mandaluyong City
Philippines 1552


Jana H. Norrell
1045 Landsdowne Manor Ln E
Apt. 248
Memphis, TN 38117


Jennifer Geston-Selbach
1423 Wisconsin Ave
Palm Harbor, FL 34683


Jennifer N. Gibbs
102 N Seaview Road
Wilmington, NC 28409


Jessica N. Feltner
1120 S. Timber Creek Dr.
Milford, OH 45150


Juan Ramos
3014 Fairfield Dr
Brownsville, TX 78526


Judith Philbrook
1903 Willowbend Dr
Killeen, TX 76543

Karen Kristeen G. Betita
5 F R Aquino St. N. Susan Executive
Village, Matandang Balara
Quezon City, Philippines 1119


Karen Y. Dionisio
23 Goldman St.
East Fairview, Quezon City
Philippines 1100 639662270802


Kasey Geyer
5350 Desoto Road, Apt. 1306
Sarasota, FL 34235


Kautiana M. Ford
3144 Artemisia Lane
Wesley Chapel, FL 33543


Keith W. Moore
602 Buckner St
Elsmere, KY 41018


Kenneth A. Casson
101 East 43rd Street 2
Taylor Mill, KY 41015


Kenneth Smith Insurance Services
44855 Corte Casa
Temecula, CA 92592


Kingdom Insurance Group
515 North Broad Street
Thomasville, GA 31792

Law Offices of Carol Hamilton
Continental Commercial Group
1111 N. Brand Blvd, Ste 401
Glendale, CA 91202


Lawanda Muhammad
13637 Aspen Leaf Ln
Eastvale, CA 92880


LeadProsper
38 Rosscraggon Rd, Suite C
Asheville, NC 28803


LexisNexis Risk Solutions FL Inc
28330 Network Place
Chicago, IL 60673-1283


Lisa M. Knapp
8400 Northwest 25 Street
#100
Doral, FL 33198


Louisiana Department of Revenue
P.O. Box 201
Baton Rouge, LA 70821-0201


Luke Rankin
11448 Highway 76 W
Gray Court, SC 29645


Ma. Jill B. Lugtu
877 Don Quijote St.
Sampaloc, Manila
Philippines 1015 693778149159

Macy D. Lee
2305 San Pedro Dr
College Station, TX 77845


Madison P. Jones
2109 West Ln
Jacksonville, AR 72076


Malachi Uysse
1317 Edgewater Dr., Ste. 5711
Orlando, FL 32804


Mansueto Ventures, LLC
7 World Trade Center
New York, NY 10007


Media Force Ltd
26 Harokmim St.
Holon
Israel 5885849


Medicare Complete
Dalton Lawson
5119 NE 8th St
Kansas City, MO 64119


Medicare Complete
Sean Gorman
5119 NE 8th St
Kansas City, MO 64119


Medicare Complete
Jeremy David
5119 NE 8th St
Kansas City, MO 64119

Metrix Holdings LLC dba Equoto
817 W Peachtree St, NE
(Ste P200)
Atlanta, GA 30308


Midnight Oil Marketing Group, Inc.
702 Ash Street, Ste. 107
San Diego, CA 92101


Missouri Department of Labor and
Industrial Relations
P.O. Box 59
Jefferson City, MO 65104-0059


Movses Manukyan
5a Tumanyan St.
Yerevan
Armenia 0001


Mutual of Omaha
3300 Mutual of Omaha Plaza
Omaha, NE 68175


N.C. Department of Labor
1101 Mail Service Center
Raleigh, NC 27699


Natasha N. Morris
1003 Cobb Road
Statesboro, GA 30461


North Carolina Department Commerce
Employment Security Division
P.O. Box 26504
Raleigh, NC 27611-6504

Nutmeg Insurance Advisors LLC
1 St. John St
North Haven, CT 06473


Ogden & Fricks LLP
656 Santa Rosa Street, Suite 2B
San Luis Obispo, CA 93401


Ohio Department of Job-Family Serv.
Office of Unemployment Insurance Op
P.O. Box 182404
Columbus, OH 43218-2404


Oklahoma Department of Labor
409 NE 28th Street, 3rd Floor
Oklahoma City, OK 73105-5212


Optimize to Convert Digital, LLC
170 Commerce Way, Suite 200
Portsmouth, NH 03801


Options Agency
802 Kingsgate Dr
Corona, CA 92882


Paylocity
1400 American Lane
Schaumburg, IL 60173


Peak Advertising, LLC
1200 Pierce Rd
Madison, TN 37115

PolicyScout, LLC
10808 South River Front Parkway
Ste. 500
South Jordan, UT 84095


PX, Inc.
44 Wall Street - Suite 605
New York, NY 10005


Qualifier
6501 Congress Avenue, Unit 140
Boca Raton, FL 33487


QuinStreet Inc.
P.O. Box 8398
Pasadena, CA 91109-8398


Quote Storm Holdings, LLC
P.O. Box 558834
Miami, FL 33255


Quotehound Inc.
1101 Central Expy S Ste 250
Allen, TX 75013


QuoteWizard by LendingTree LLC
P.O. Box 840470
Dallas, TX 75284-0470


Rachel S. Trout
11726 Rolling Stream Dr
Tomball, TX 77375

Ranjit K. Pandey
1202 Parkway Dr
#1202
Greenville, OH 45331


Raquel Otero Morales
135 Honey Dr
Brownsville, TX 78520


Regina L. Rodriguez
707 Racquet Ct
Harker Heights, TX 76548


Retreaver
36 Cattano Avenue, 5th Floor
Morristown, NJ 07960


Reynold P. Marshall
7917 Spring Run Dr
Magnolia, TX 77354


Richard T. Avis, Attorney &
Associates, LLC
P.O. Box 735633
Chicago, IL 60673-5633


Right Choice Community Commitment
919A Atlantic Ave
Atlantic City, NJ 08401


Robert E. Barnett
8921 Bradwell Place
#208
Fishers, IN 46037

Salt Media Group
8751 Sandy Parkway
Sandy, UT 84070


Sam Alvarado
22845 AVE 22
Madera, CA 93638


SBA Disaster Covid-19 Economic Inj
CESC-Covid EIDL Service Center
14925 Kingsport Rd
Fort Worth, TX 76155


Sean Nguyen
1297 Flickinger Ave
San Jose, CA 95131


Senior Health LLC
7801 Pine Ridge Road
Louisville, KY 40241


Senior Life Insurance
Scott Maxwell
2619 S. Keene
Mesa, AZ 85209


Shanita B. Reed
18965 S Mobile St
Citronelle, AL 36522


Sharee Gavin
6109 W Fordham Place
Cincinnati, OH 45213

Sharon V. Lezama
1744 Wesminster Circle
Griffin, GA 30223


Shawta Barnes
711 W Sanford St, Unit B
Arlington, TX 76012


Spektra Financial
Sam Nemovi
3131 Camino Del Rio N
San Diego, CA 92108


Stacy L. Green
805 Summit Park Trail #1
McDonough, GA 30253


State HQ
152 North 480 East
PO Box 113
Millville, UT 84326


Stephen Evans
1288 Bluets Rd
Newport, TN 37821


Steve Rush
PO Box 149
Eureka Springs, AR 72632


Stonehedge Media
88 Industrial Ct.
Freehold, NJ 07728

Suited Connector, LLC
P.O. Box 844017
Dallas, TX 75284-4017


Sunshine Residuals LLC
Senior Health Desk
777 SE 2nd St, Unit C315
Deerfield Beach, FL 33441


Tennessee Dept. of Labor-Workforce
Employment Security Division
220 French Landing Drive
Nashville, TN 37243


The Hanover Insurance Group
440 Lincoln Streetn
Worcester, MA 01653


The Leviton Law Firm, Ltd.
One Pierce Place, Suite 725W
Itasca, IL 60143


The Palmer Agency
PO Box 9276
Rochester, MN 55903


Thomas and Dawn Carolan
604 Hillside Court
Arroyo Grande, CA 93420


Thriti Technologies LLC
2411 Aiken Drive
Richmond, VA 23294

Tiburon Media Group, LLC
39 Main Street
Belvedere Tiburon, CA 94920


Tim Waggoner, Esq.
Mutual of Omaha
3300 Mutual of Omaha Plaza
Omaha, NE 68175


Tina L. Harvey
6617 NE 49th Terrace
Kansas City, MO 64119


Travis Flatt
3201 Wind Call Ln.
Edmond, OK 73034


Triumph Communications, LLC
Susan Anderson
20 Collins Rd.
Greeneville, TN 37745


Triumph Communications, LLC
180 Pauline Drive
Hazel Green, AL 35750


Tucker Albin & Associates
1702 N. Collins Blvd, Suite 100
Richardson, TX 75080


United Lead Center LLC
2145 Davie Blvd, St 201
Fort Lauderdale, FL 33312

Uprise Solar
1140 3rd St NE
Washington, DC 20002


Vanessa L. Vaughn
12073 Roddy Rd
#15
Gonzales, LA 70737


VIP Response
Parijsboulevard 143C
3541CS Utrecht


Virginia L. Smith
19805 Green Forrest Dr.
Pass Christian, MS 39571


Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR 97228-6995


Wells Fargo SBL
P.O. Box 29482
Phoenix, AZ 85038-8650


William West
7793 Waggoner Chase Blvd
Blacklick, OH 43004


Wolffs Financial
9593 Town Parc Circle S
Parkland, FL 33076

Yanecy Perdomo
5819 Palmetto Way
San Antonio, TX 78253


ZoomInfo Technologies LLC
805 Broadway Street, Suite 900
Vancouver, WA 98660