United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 24-10585-RC |
| Digital Market Media, Inc. | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-9 | User: admin | Page 1 of 6 |
| Date Rcvd: May 24, 2024 | Form ID: 309C | Total Noticed: 204 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 26, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Digital Market Media, Inc., P.O. Box 1216, Arroyo Grande, CA 93421-1216 |
| 41985172 | + | Aaron Karn, 208 Oak St., Bakersfield, CA 93304-2433 |
| 41985173 | + | AcquireCrowd, 4533 MacArthur Blvd., Ste A5314, Newport Beach, CA 92660-2059 |
| 41985176 | + | AdMediary, LLC, 23929 Valencia Blvd., Ste 404, Valencia, CA 91355-2109 |
| 41985174 | + | Adam Lubenow, 21114 N 37th Run, Phoenix, AZ 85050-8391 |
| 41985175 | + | Adjunct Media, 22 Brookside Terrance, Caldwell, NJ 07006-4117 |
| 41985177 | + | Adsync Media LLC, 1300 South Miami Avenue, Miami, FL 33130-4467 |
| 41985178 | + | Alabama Department of Labor, 50 North Ripley Street, Montgomery, AL 36132-0001 |
| 41985179 | + | Alicia Becker, 7281 Blackstone Drive, Florence, KY 41042-9321 |
| 41985180 | #+ | Alpine Digital Group, Inc., 13856 W. 2nd Ave, Golden, CO 80401-5204 |
| 41985182 | + | Alyse O. Locklear, 1055 Flats Ave, #206, Mebane, NC 27302-0433 |
| 41985184 | + | AmeriGuide Financial, P.O. Box 1497, Topeka, KS 66601-1497 |
| 41985183 | + | American Assurance, 4445 Corporation Ln., Ste 264, Virginia Beach, VA 23462-3671 |
| 41985185 | | Angela Byrne, Ballycullane Lane, Ballycullane New Ross Co Wexford, Ireland |
| 41985186 | + | Angela Gunness, 3839 Megan Lane, Encinitas, CA 92024-7254 |
| 41985187 | + | Angela L. Trout, 3413 Cottage St, Brownwood, TX 76801-6307 |
| 41985188 | + | Apollo Interactive, LLC, 139 Illinois St, El Segundo, CA 90245-4312 |
| 41985189 | + | Aqua Vida Media LLC, 325 Sentry Pkwy, Bldg 5 W Ste 200, Blue Bell, PA 19422-2358 |
| 41985190 | + | Aragon Advertising, LLC, 66 Mineola Avenue, #1355, Roslyn Heights, NY 11577-5021 |
| 41985192 | + | Assurance IQ, 920 5th Avenue, Ste 3600, Seattle, WA 98104-1594 |
| 41985193 | + | B Two Direct, LLC, 100 Sterling Pkwy, Ste 105, Mechanicsburg, PA 17050-2903 |
| 41985194 | + | Betterlife Insurance, 6522 Grand Teton Plaza, Madison, WI 53719-1008 |
| 41985195 | + | Big Brook Media, LLC, Little Brook Media, 20 S. Main Street, Suite 206, New City, NY 10956-3540 |
| 41985196 | + | Birdeye Inc., 2479 E. Bayshore Rd, Suite #188, Palo Alto, CA 94303-3245 |
| 41985197 | + | Blue Wing Ads, LLC, Jeffrey Alan Libby, 2637 E Atlantic Blvd, Suite #12566, Pompano Beach, FL 33062-4939 |
| 41985199 | + | Brande L. Bell, 383 Chadwick Commons, Stockbridge, GA 30281-7772 |
| 41985200 | + | Brittany N. Stetson, PO Box 280, White Oak, NC 28399-0280 |
| 41985201 | + | Bullet EV Charging Solutions, LLC, 111 Congress Ave, Suite 500, Austin, TX 78701-4076 |
| 41985202 | #+ | Business Legal Partners, Attorneys at Law, 35 N. Lake, Suite 710, Pasadena, CA 91101-4185 |
| 41985211 | | CMI Credit Mediators, Inc., P.O. Box 456, Upper Darby, PA 19082-0456 |
| 41985212 | + | CO2 Ventures LLC, OnCore Leads, 9580 Oak Avenue Parkway, Suite 7, Folsom, CA 95630-9997 |
| 41985217 | + | CTA Media, 15567 74th Avenue, Palm Beach Gardens, FL 33418-7473 |
| 41985203 | + | Catherin A. Myers, 157 Big Pine Dr, Valley Grande, AL 36701-9132 |
| 41985204 | + | Cathie O. Snider, 8713 North Kensington Rd, Oklahoma City, OK 73132-2629 |
| 41985205 | + | Chiquita M. Jolliff, 943 May Street, 2nd Floor, Hammond, IN 46320-2257 |
| 41985206 | + | Christie A. Mays, 3 Dot Dr, Fayetteville, TN 37334-8056 |
| 41985207 | + | Christopher H. Baker, 5400 Rock Chalk, #20-308, Lawrence, KS 66049-5159 |
| 41985208 | + | Christopher Newsome, 11726 Rolling Stream Dr, Tomball, TX 77375-1795 |
| 41985209 | + | Clarisse Sniezek, 606 Tanana Fall Drive, Ruskin, FL 33570-6361 |

| | | |
|---|---|---|
| 41985210 | + | Clickdee, LLC, 30 N. Gould Street, STE R, Sheridan, WY 82801-6317 |
| 41985213 | | Commonwealth of Kentucky, Office of Unemployment Insurance, P.O. Box 948, Frankfort, KY 40602-0948 |
| 41985214 | + | Complete Sales LLC, 1021 Lake Hollow Dr., Little Elm, TX 75068-8411 |
| 41985215 | + | Convoso, Inc., 22837 Ventura Blvd., Ste. 300, Woodland Hills, CA 91364-1235 |
| 41985216 | + | Cortez D. Allen, 7313 Covert Ave, Cleveland, OH 44105-5044 |
| 41985218 | #+ | DDR Media, LLC, 2213 Forest Hills Dr., Ste. 3, Harrisburg, PA 17112-1090 |
| 41985219 | | Department of Commerce, Bureau of Wage & Hour Admin., P.O. Box 4009, Reynoldsburg, OH 43068-9009 |
| 41985220 | + | Diablo Media LLC, 3001 Brighton Blvd, Suite 769, Denver, CO 80216-5075 |
| 41985221 | | Dianne Kristine Marmol, Block 2 Lot 30 Phase 1, Avida, Settings Cavite, Molino 4, Bacoor, Cavite, Philippines 4102 |
| 41985222 | + | Dickie, McCamey & Chilcote, P.C., Two PPG Place, Suite 400, Pittsburgh, PA 15222-5491 |
| 41985223 | + | Diego Chalarca, 677 Trace Circle #201, Deerfield Beach, FL 33441-7829 |
| 41985224 | + | Digital Media Solutions dba, Forte Media Solutions, LLC, 4800 140th Ave North, Suite 101, Clearwater, FL 33762-3874 |
| 41985225 | + | Digital Viking Media, Inc., 13681 Newport Ave, Suite 8-226, Tustin, CA 92780-4689 |
| 41985226 | + | Digitree Solutions LLC, 133 Hillside Drive, Neptune, NJ 07753-5519 |
| 41985227 | + | Direct2Market Digital Media Solut., 70 Cooper Rd, Rochester, NY 14617-3004 |
| 41985228 | + | DriveTake LLC, 7000 West Palmetto Park Road, Ste. 210, Boca Raton, FL 33433-3430 |
| 41985230 | + | Employer Advocates Group, 735 Tank Farm Road, Suite 130-B, San Luis Obispo, CA 93401-7061 |
| 41985231 | + | Enginefish LLC, 707 Continental Circle Unit #312, Mountain View, CA 94040-3365 |
| 41985232 | + | Eternal Life Group, LLC, 520 Plantation Creek Drive, Loganville, GA 30052-3691 |
| 41985233 | + | Ethel Loycelle Baxter, 1916 Hewett Lane, Maitland, FL 32751-3544 |
| 41985234 | + | Euler Hermes Collections North, America Company, 100 International Drive, 22nd Floor, Baltimore, MD 21202-4783 |
| 41985235 | + | Excel Impact, LLC, 382 NE 191st Street, Ste 57537, Miami, FL 33179-3899 |
| 41985236 | + | ExlService.com, LLC, 24 Arnett Avenue, Suite 100, Lambertville, NJ 08530-1500 |
| 41985237 | + | Faisal Zeid, 7930 Tireswing Rd, Dunn Loring, VA 22027-1169 |
| 41985238 | + | Family First Life, John Patrick Spera, 475 FM 3427, Greenville, TX 75401-6863 |
| 41985239 | + | Family First Life, Thomas Barnes, 5210 W Patrick Ln, Las Vegas, NV 89118-2849 |
| 41985242 | + | Forge47 LLC, 2833 Crockett Street, Unit #1047, Fort Worth, TX 76107-2907 |
| 41985244 | + | Fresh Funding Solutions Inc., 157 Church Street, 19th Floor, New Haven, CT 06510-2100 |
| 41985246 | + | Gabriel A. Sandoval, 12140 N Kylene Canyon Dr, Oro Valley, AZ 85755-1622 |
| 41985247 | + | Garth G. Gavenda, Jellum Law, 7616 Currell Blvd., Suite 245, Saint Paul, MN 55125-2295 |
| 41985248 | + | Glass Roots Marketing, 400 Kelby Street, Ste 1200, Fort Lee, NJ 07024-2956 |
| 41985249 | + | Glatzer & Associates, 10365 Cameilla St., Pompano Beach, FL 33076-4487 |
| 41985250 | | Glenda S. Gustin, 13506 E. 4th Place, Tulsa, OK 74108-1104 |
| 41985251 | + | Google, Inc., Corporation Service Company, 2710 Gateway Oaks Drive, Suite 150N, Sacramento, CA 95833-3502 |
| 41985252 | + | Grasshopper, 333 Summer Street, 5th Floor, Boston, MA 02210-1702 |
| 41985253 | + | Grateful Addicts Recovery, 12 Emmet Terrace, Apt. 3, Revere, MA 02151-3011 |
| 41985254 | + | Gravie, 10 NE 2nd St. #300, Minneapolis, MN 55413-2270 |
| 41985255 | + | Greencore Environmental, John Feldman, 1515 N. Cocoa Blvd., Unit 102, Cocoa, FL 32922-6937 |
| 41985256 | + | Greencore Environmental, John Feldman, 4540 Bonanza St., Cocoa, FL 32927-3612 |
| 41985257 | + | Gregory N. Filosa, Filosa Graff LLP, 17 State Street, 40th Floor, New York, NY 10004-1547 |
| 41985258 | + | Guadalupe P. Conolly, 2008 1/2 Stratford Ave, Neptune, NJ 07753-4619 |
| 41985259 | + | Health Gods Consultants LLC, 11235 NW 43rd Place, Coral Springs, FL 33065-7218 |
| 41985260 | + | Here Comes the Sun, 9880 Indiana Avenue, Suite 3, Riverside, CA 92503-5522 |
| 41985261 | + | Hubspot Inc., 2 Canal Park, Cambridge, MA 02141-2232 |
| 41985262 | + | ICIT Development Corp., 300 Sunny Isles Blvd 1405, Sunny Isles Beach, FL 33160-5640 |
| 41985268 | ++ | INTUIT INC C O CORPORATION SERVICE COMPANY, 251 LITTLE FALLS DRIVE, WILMINGTON DE 19808-1674 address filed with court:, Intuit, Inc., 2700 Coast Avenue, Mountain View, CA 94043 |
| 41985263 | + | Ifficient Inc., 12081 W. Alameda Pkwy #506, Lakewood, CO 80228-2701 |
| 41985264 | + | Inbound Ignite, LLC, 8 The Green, Suite 17013, Dover, DE 19901-3618 |
| 41985265 | + | Inbounds LLC, 254 Chapman Rd, Ste 208, #5821, Newark, DE 19702-5422 |
| 41985266 | + | Insurance Solutions Group, 2037 Northside Dr. East, Statesboro, GA 30458-2143 |
| 41985267 | | Interest Media, Inc., P.O. Box 875194, Kansas City, MO 64187-5194 |
| 41985269 | | Jackqueline Stine, Unit 1621-1622, Soho Central Condo, Shaw Blvd, Mandaluyong City, Philippines 1552 |
| 41985270 | + | Jana H. Norrell, 1045 Landsdowne Manor Ln E, Apt. 248, Memphis, TN 38117-1013 |
| 41985271 | + | Jennifer Geston-Selbach, 1423 Wisconsin Ave, Palm Harbor, FL 34683-4540 |
| 41985272 | + | Jennifer N. Gibbs, 102 N Seaview Road, Wilmington, NC 28409-4619 |
| 41985273 | + | Jessica N. Feltner, 1120 S. Timber Creek Dr., Milford, OH 45150-1781 |
| 41985274 | + | Juan Ramos, 3014 Fairfield Dr, Brownsville, TX 78526-4291 |
| 41985275 | + | Judith Philbrook, 1903 Willowbend Dr, Killeen, TX 76543-3232 |
| 41985276 | | Karen Kristeen G. Betita, 5 F R Aquino St. N. Susan Executive, Village, Matandang Balara, Quezon City, Philippines 1119 |
| 41985277 | | Karen Y. Dionisio, 23 Goldman St., East Fairview, Quezon City, Philippines 1100 639662270802 |
| 41985278 | #+ | Kasey Geyer, 5350 Desoto Road, Apt. 1306, Sarasota, FL 34235-2715 |
| 41985279 | + | Kautiana M. Ford, 3144 Artemisia Lane, Wesley Chapel, FL 33543-5551 |

Case 9:24-bk-10585-RC   Doc 3   Filed 05/26/24   Entered 05/26/24 21:18:49   Desc
Imaged Certificate of Notice   Page 3 of 8

| District/off: 0973-9 | User: admin | Page 3 of 6 |
|---|---|---|
| Date Rcvd: May 24, 2024 | Form ID: 309C | Total Noticed: 204 |

| | | |
|---|---|---|
| 41985280 | + | Keith W. Moore, 602 Buckner St, Elsmere, KY 41018-2308 |
| 41985281 | + | Kenneth A. Casson, 101 East 43rd Street 2, Taylor Mill, KY 41015-3502 |
| 41985282 | + | Kenneth Smith Insurance Services, 44855 Corte Casa, Temecula, CA 92592-1603 |
| 41985283 | + | Kingdom Insurance Group, 515 North Broad Street, Thomasville, GA 31792-4424 |
| 41985285 | + | Lawanda Muhammad, 13637 Aspen Leaf Ln, Eastvale, CA 92880-0719 |
| 41985286 | + | LeadProsper, 38 Rosscraggon Rd, Suite C, Asheville, NC 28803-1165 |
| 41985287 | | LexisNexis Risk Solutions FL Inc, 28330 Network Place, Chicago, IL 60673-1283 |
| 41985288 | + | Lisa M. Knapp, 8400 Northwest 25 Street, #100, Doral, FL 33198-1534 |
| 41985290 | + | Luke Rankin, 11448 Highway 76 W, Gray Court, SC 29645-7476 |
| 41985291 | | Ma. Jill B. Lugtu, 877 Don Quijote St., Sampaloc, Manila, Philippines 1015 693778149159 |
| 41985292 | + | Macy D. Lee, 2305 San Pedro Dr, College Station, TX 77845-6520 |
| 41985293 | + | Madison P. Jones, 2109 West Ln, Jacksonville, AR 72076-3764 |
| 41985294 | + | Malachi Uysse, 1317 Edgewater Dr., Ste. 5711, Orlando, FL 32804-6350 |
| 41985295 | + | Mansueto Ventures, LLC, 7 World Trade Center, New York, NY 10007-2195 |
| 41985296 | | Media Force Ltd, 26 Harokmim St., Holon, Israel 5885849 |
| 41985297 | | Medicare Complete, Dalton Lawson, 5119 NE 8th St, Kansas City, MO 64119 |
| 41985299 | | Medicare Complete, Jeremy David, 5119 NE 8th St, Kansas City, MO 64119 |
| 41985298 | | Medicare Complete, Sean Gorman, 5119 NE 8th St, Kansas City, MO 64119 |
| 41985300 | + | Metrix Holdings LLC dba Equoto, 817 W Peachtree St, NE, Ste P200), Atlanta, GA 30308-1150 |
| 41985301 | + | Midnight Oil Marketing Group, Inc., 702 Ash Street, Ste. 107, San Diego, CA 92101-3273 |
| 41985305 | + | N.C. Department of Labor, 1101 Mail Service Center, Raleigh, NC 27699-1100 |
| 41985306 | + | Natasha N. Morris, 1003 Cobb Road, Statesboro, GA 30461-6712 |
| 41985308 | + | Nutmeg Insurance Advisors LLC, 1 St. John St, North Haven, CT 06473-2336 |
| 41985309 | + | Ogden & Fricks LLP, 656 Santa Rosa Street, Suite 2B, San Luis Obispo, CA 93401-4806 |
| 41985310 | | Ohio Department of Job-Family Serv., Office of Unemployment Insurance Op, P.O. Box 182404, Columbus, OH 43218-2404 |
| 41985311 | + | Oklahoma Department of Labor, 409 NE 28th Street, 3rd Floor, Oklahoma City, OK 73105-4215 |
| 41985312 | + | Optimize to Convert Digital, LLC, 170 Commerce Way, Suite 200, Portsmouth, NH 03801-3272 |
| 41985313 | + | Options Agency, 802 Kingsgate Dr, Corona, CA 92882-6864 |
| 41985317 | + | PX, Inc., 44 Wall Street - Suite 605, New York, NY 10005-2443 |
| 41985314 | + | Paylocity, 1400 American Lane, Schaumburg, IL 60173-5670 |
| 41985315 | + | Peak Advertising, LLC, 1200 Pierce Rd, Madison, TN 37115-2718 |
| 41985316 | + | PolicyScout, LLC, 10808 South River Front Parkway, Ste. 500, South Jordan, UT 84095-5761 |
| 41985318 | + | Qualifier, 6501 Congress Avenue, Unit 140, Boca Raton, FL 33487-2840 |
| 41985319 | | QuinStreet Inc., P.O. Box 8398, Pasadena, CA 91109-8398 |
| 41985320 | + | Quote Storm Holdings, LLC, P.O. Box 558834, Miami, FL 33255-8834 |
| 41985322 | | QuoteWizard by LendingTree LLC, P.O. Box 840470, Dallas, TX 75284-0470 |
| 41985323 | + | Rachel S. Trout, 11726 Rolling Stream Dr, Tomball, TX 77375-1795 |
| 41985324 | + | Ranjit K. Pandey, 1202 Parkway Dr, #1202, Greenville, OH 45331-2651 |
| 41985325 | + | Raquel Otero Morales, 135 Honey Dr, Brownsville, TX 78520-7820 |
| 41985326 | + | Regina L. Rodriguez, 707 Racquet Ct, Harker Heights, TX 76548-6018 |
| 41985327 | + | Retreaver, 36 Cattano Avenue, 5th Floor, Morristown, NJ 07960-9602 |
| 41985328 | + | Reynold P. Marshall, 7917 Spring Run Dr, Magnolia, TX 77354-6787 |
| 41985329 | | Richard T. Avis, Attorney &, Associates, LLC, P.O. Box 735633, Chicago, IL 60673-5633 |
| 41985330 | + | Right Choice Community Commitment, 919A Atlantic Ave, Atlantic City, NJ 08401-7419 |
| 41985331 | + | Robert E. Barnett, 8921 Bradwell Place, #208, Fishers, IN 46037-8633 |
| 41985332 | + | Salt Media Group, 8751 Sandy Parkway, Sandy, UT 84070-6413 |
| 41985333 | | Sam Alvarado, 22845 AVE 22, Madera, CA 93638 |
| 41985335 | + | Sean Nguyen, 1297 Flickinger Ave, San Jose, CA 95131-2819 |
| 41985336 | + | Senior Health LLC, 7801 Pine Ridge Road, Louisville, KY 40241-2722 |
| 41985337 | + | Senior Life Insurance, Scott Maxwell, 2619 S. Keene, Mesa, AZ 85209-2235 |
| 41985338 | + | Shanita B. Reed, 18965 S Mobile St, Citronelle, AL 36522-2447 |
| 41985339 | + | Sharee Gavin, 6109 W Fordham Place, Cincinnati, OH 45213-2332 |
| 41985340 | + | Sharon V. Lezama, 1744 Wesminster Circle, Griffin, GA 30223-7127 |
| 41985342 | + | Spektra Financial, Sam Nemovi, 3131 Camino Del Rio N, San Diego, CA 92108-5701 |
| 41985343 | + | Stacy L. Green, 805 Summit Park Trail #1, McDonough, GA 30253-7456 |
| 41985344 | + | State HQ, 152 North 480 East, PO Box 113, Millville, UT 84326-0113 |
| 41985345 | + | Stephen Evans, 1288 Bluets Rd, Newport, TN 37821-7555 |
| 41985346 | + | Steve Rush, PO Box 149, Eureka Springs, AR 72632-0149 |
| 41985347 | + | Stonehedge Media, 88 Industrial Ct., Freehold, NJ 07728-8908 |
| 41985348 | | Suited Connector, LLC, P.O. Box 844017, Dallas, TX 75284-4017 |
| 41985349 | | Sunshine Residuals LLC, Senior Health Desk, 777 SE 2nd St, Unit C315, Deerfield Beach, FL 33441 |
| 41985350 | + | Tennessee Dept. of Labor-Workforce, Employment Security Division, 220 French Landing Drive, Nashville, TN 37243-1002 |
| 41985353 | + | The Palmer Agency, PO Box 9276, Rochester, MN 55903-9276 |

| Recip ID | | Address | |
|---|---|---|---|
| 41985354 | + | Thomas and Dawn Carolan, 604 Hillside Court, Arroyo Grande, CA 93420-3521 | |
| 41985355 | + | Thriti Technologies LLC, 2411 Aiken Drive, Richmond, VA 23294-4440 | |
| 41985357 | + | Tim Waggoner, Esq., Mutual of Omaha, 3300 Mutual of Omaha Plaza, Omaha, NE 68175-0002 | |
| 41985358 | + | Tina L. Harvey, 6617 NE 49th Terrace, Kansas City, MO 64119-3915 | |
| 41985359 | + | Travis Flatt, 3201 Wind Call Ln., Edmond, OK 73034-0874 | |
| 41985361 | + | Triumph Communications, LLC, 180 Pauline Drive, Hazel Green, AL 35750-9522 | |
| 41985360 | | Triumph Communications, LLC, Susan Anderson, 20 Collins Rd., Greeneville, TN 37745 | |
| 41985363 | | United Lead Center LLC, 2145 Davie Blvd, St 201, Fort Lauderdale, FL 33312 | |
| 41985364 | + | Uprise Solar, 1140 3rd St NE, Washington, DC 20002-6274 | |
| 41985365 | + | Vanessa L. Vaughn, 12073 Roddy Rd, #15, Gonzales, LA 70737-1807 | |
| 41985367 | + | Virginia L. Smith, 19805 Green Forrest Dr., Pass Christian, MS 39571-6506 | |
| 41985370 | + | William West, 7793 Waggoner Chase Blvd, Blacklick, OH 43004-9191 | |
| 41985371 | + | Wolffs Financial, 9593 Town Parc Circle S, Parkland, FL 33076-3877 | |
| 41985372 | + | Yanecy Perdomo, 5819 Palmetto Way, San Antonio, TX 78253-5664 | |
| 41985373 | + | ZoomInfo Technologies LLC, 805 Broadway Street, Suite 900, Vancouver, WA 98660-3506 | |
| 41985229 | + | eLocal USA LLC, 1010 Spring Mill Ave., Ste. 200, Conshohocken, PA 19428-2391 | |

TOTAL: 180

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: edwin@rambuskilaw.com | May 25 2024 06:48:00 | Edwin J Rambuski, Law Offices of Edwin J Rambuski, 1401 Higuera St, San Luis Obispo, CA 93401 |
| tr | + | Email/Text: sandra.mcbeth@txitrustee.com | May 25 2024 06:48:00 | Sandra McBeth (TR), 7343 El Camino Real, #185, Atascadero, CA 93422-4697 |
| smg | ^ | MEBN | May 25 2024 01:47:39 | County Assessor, County Government Center, Room 100, San Luis Obispo, CA 93408-0001 |
| smg | + | Email/Text: SBCBankruptcy@co.santa-barbara.ca.us | May 25 2024 06:48:00 | County Tax Collector, P.O. Box 357, Santa Barbara, CA 93102-0357 |
| smg | | EDI: EDD.COM | May 25 2024 05:38:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| 41985181 | ^ | MEBN | May 25 2024 01:48:29 | Altus Receivables Management, 2121 Airline Drive, Suite 520, Metairie, LA 70001-5987 |
| 41985191 | + | EDI: AZDEPREV.COM | May 25 2024 05:38:00 | Arizona Department of Revenue, P.O. Box 29009, Phoenix, AZ 85038-9009 |
| 41985198 | ^ | MEBN | May 25 2024 01:48:12 | Bluevine Inc., 401 Warren Street, Suite 300, Redwood City, CA 94063-1536 |
| 41985240 | | Email/Text: legal@firstinsurancefunding.com | May 25 2024 06:48:00 | First Insurance Funding, 450 Skokie Blvd, Ste 1000, Northbrook, IL 60062-7917 |
| 41985245 | | Email/Text: lreed@fresnofirstbank.com | May 25 2024 06:48:26 | Fresno First Bank, 7690 N. Palm Ave., Ste. 101, Fresno, CA 93711 |
| 41985241 | + | Email/Text: disclosures@forafinancial.com | May 25 2024 06:48:00 | Fora Financial Advance LLC, 1385 Broadway, 15th Floor, New York, NY 10018-6015 |
| 41985243 | | EDI: CALTAX.COM | May 25 2024 05:38:00 | Franchise Tax Board, Bankruptcy Section, MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| 41985284 | + | Email/Text: bk@ccg2.com | May 25 2024 06:48:00 | Law Offices of Carol Hamilton, Continental Commercial Group, 1111 N. Brand Blvd, Ste 401, Glendale, CA 91202-3071 |
| 41985289 | | EDI: LADOR | May 25 2024 05:38:00 | Louisiana Department of Revenue, P.O. Box 201, Baton Rouge, LA 70821-0201 |
| 41985302 | | Email/Text: bankruptcy@labor.mo.gov | May 25 2024 06:48:00 | Missouri Department of Labor and, Industrial Relations, P.O. Box 59, Jefferson City, MO |

| District/off: 0973-9 | User: admin | Page 5 of 6 |
|---|---|---|
| Date Rcvd: May 24, 2024 | Form ID: 309C | Total Noticed: 204 |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 41985304 | + | Email/Text: bankruptcy.notice@mutualofomaha.com | May 25 2024 06:49:00 | 65104-0059<br>Mutual of Omaha, 3300 Mutual of Omaha Plaza, Omaha, NE 68175-0002 |
| 41985307 | ^ | MEBN | May 25 2024 01:48:30 | North Carolina Department Commerce, Employment Security Division, P.O. Box 26504, Raleigh, NC 27611-6504 |
| 41985334 | + | Email/Text: bankruptcynotices@sba.gov | May 25 2024 06:48:00 | SBA Disaster Covid-19 Economic Inj, CESC-Covid EIDL Service Center, 14925 Kingsport Rd, Fort Worth, TX 76155-2243 |
| 41985351 | + | Email/Text: ogclitmail@hanover.com | May 25 2024 06:49:00 | The Hanover Insurance Group, 440 Lincoln Streetn, Worcester, MA 01653-0001 |
| 41985352 | + | Email/Text: litigation@brownandjoseph.com | May 25 2024 06:48:00 | The Leviton Law Firm, Ltd., One Pierce Place, Suite 725W, Itasca, IL 60143-1234 |
| 41985356 | + | Email/Text: sean@tiburonmedia.com | May 25 2024 06:49:00 | Tiburon Media Group, LLC, 39 Main Street, Belvedere Tiburon, CA 94920-2507 |
| 41985362 | + | Email/Text: legal@tuckeralbin.com | May 25 2024 06:48:00 | Tucker Albin & Associates, 1702 N. Collins Blvd, Suite 100, Richardson, TX 75080-3662 |
| 41985368 | | EDI: WFFC2 | May 25 2024 05:38:00 | Wells Fargo Bank, N.A. (114), P.O. Box 6995, Portland, OR 97228-6995 |
| 41985369 | + | EDI: WFFC2 | May 25 2024 05:38:00 | Wells Fargo SBL, P.O. Box 29482, Phoenix, AZ 85038-9482 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 41985303 | | Movses Manukyan, 5a Tumanyan St., Yerevan, Armenia 0001 |
| 41985366 | | VIP Response, Parijsboulevard 143C, 3541CS Utrecht |
| smg | * | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| 41985321 | ##+ | Quotehound Inc., 1101 Central Expy S Ste 250, Allen, TX 75013-8207 |
| 41985341 | ##+ | Shawta Barnes, 711 W Sanford St, Unit B, Arlington, TX 76012-5063 |

TOTAL: 2 Undeliverable, 1 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 26, 2024     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 24, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Edwin J Rambuski | |

| District/off: 0973-9 | User: admin | Page 6 of 6 |
|---|---|---|
| Date Rcvd: May 24, 2024 | Form ID: 309C | Total Noticed: 204 |

on behalf of Debtor Digital Market Media  Inc. edwin@rambuskilaw.com, marissa@rambuskilaw.com

Sandra McBeth (TR)

jwalker@mcbethlegal.com  CA65@ecfcbis.com;ecf.alert+McBeth@titlexi.com

United States Trustee (ND)

ustpregion16.nd.ecf@usdoj.gov

TOTAL: 3

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor | Digital Market Media, Inc.<br>Name | EIN: | 82–2936708 |
| United States Bankruptcy Court | Central District of California | Date case filed for chapter: | 7    5/24/24 |
| Case number: | 9:24–bk–10585–RC | | |

Official Form 309C (For Corporations or Partnerships)

# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline      05/24

**For the debtor listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's full name** | Digital Market Media, Inc. | |
| 2. | **All other names used in the last 8 years** | fka Digital Market Media, LLC | |
| 3. | **Address** | P.O. Box 1216<br>Arroyo Grande, CA 93421 | |
| 4. | **Debtor's attorney**<br>Name and address | Edwin J Rambuski<br>Law Offices of Edwin J Rambuski<br>1401 Higuera St<br>San Luis Obispo, CA 93401 | Contact phone 805–546–8284<br>Email _____ |
| 5. | **Bankruptcy trustee**<br>Name and address | Sandra McBeth (TR)<br>7343 El Camino Real, #185<br>Atascadero, CA 93422 | Contact phone (805) 464–2985<br>Email _____ |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 1415 State Street,<br>Santa Barbara, CA 93101–2511 | Hours open:<br>9:00AM to 4:00 PM<br><br>Contact phone 855–460–9641<br><br>Dated: 5/24/24 |
| 7. | **Meeting of creditors**<br>The debtor's representative must attend the meeting to be questioned under oath by the trustee and by creditors. Creditors may attend, but are not required to do so. | **July 3, 2024 at 09:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>The trustee is designated to preside at the meeting of creditors. The case is covered by the chapter 7 blanket bond on file with the court. | Location:<br><br>**Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 902 575 1887, and Passcode 1216388636, OR call 1 804 552 2201**<br><br>For additional meeting information go to https://www.justice.gov/ust/moc. |
| 8. | **Proof of claim**<br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now.<br><br>If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |

2/

**For more information, see page 2 >**

Official Form 309C (For Corporations or Partnerships) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**      page 1

Debtor **Digital Market Media, Inc.**                                              Case number **9:24-bk-10585-RC**

| | | |
|---|---|---|
| 9. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| 10. | **Failure to File a Statement and/or Schedule(s)** | **IF THE DEBTOR HAS NOT FILED A STATEMENT AND/OR SCHEDULE(S) AND/OR OTHER REQUIRED DOCUMENTS,** the debtor must do so, or obtain an extension of time to do so, within 14 days of the petition filing date. Failure to comply with this requirement, or failure to appear at the initial section 341(a) meeting of creditors and any continuance, may result in dismissal of the case, unless leave of court is first obtained. If the debtor's case has not already been dismissed, AND DEBTOR FAILS TO DO ONE OF THE FOLLOWING WITHIN 45 DAYS AFTER THE PETITION DATE, subject to the provisions of Bankruptcy Code section 521(i)(4), the court WILL dismiss the case effective on the 46th day after the petition date without further notice: (1) file all documents required by Bankruptcy Code section 521(a)(1); or (2) file and serve a motion for an order extending the time to file the documents required by this section. |
| 11. | **Bankruptcy Fraud and Abuse** | Any questions or information relating to bankruptcy fraud or abuse should be addressed to the Fraud Complaint Coordinator, Office of the United States Trustee, 915 Wilshire Blvd., Suite 1850, Los Angeles, CA 90017. |

**For more information, see page 1 >**

Official Form 309C (For Corporations or Partnerships) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**            page **2**